## CERTIFICATION AND AUTHORIZATION

I, Jason Rosner, on behalf of City of Hollywood Firefighters' Pension Fund ("Hollywood Fire"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Hollywood Fire. I have reviewed a complaint prepared against Inspire Medical Systems, Inc. ("Inspire Medical") alleging violations of the federal securities laws. I am authorized in my capacity as Chairman to initiate litigation and to execute this Certification on behalf of Hollywood Fire. Hollywood Fire has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Hollywood Fire.

2. Hollywood Fire did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Hollywood Fire is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Hollywood Fire's transactions in Inspire Medical common stock during the Class Period are set forth in the attached Schedule A.

5. Hollywood Fire has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *City of Hollywood Firefighters' Pension Fund v. Atlassian Corp.*, No. 3:23-cv-00519 (N.D. Cal.).

6. Hollywood Fire has sought to serve as a lead plaintiff or representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *Vazquez v. Masimo Corp.*, No. 3:23-cv-01546 (S.D. Cal.).

7. Hollywood Fire will not accept any payment for serving as a representative party on behalf of the Class beyond Hollywood Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of December, 2023.

*City of Hollywood Firefighters' Pension Fund*

_____
Jason Rosner, Chairman

**SCHEDULE A**
**City of Hollywood Firefighters' Pension Fund**
**Transactions in Inspire Medical Systems, Inc.**

| Common Stock Purchases | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 07/24/23 | 910 | $289.3150 |
| 07/24/23 | 1,080 | $289.3749 |
| 07/28/23 | 240 | $290.4478 |
| 07/28/23 | 270 | $292.1900 |
| 08/14/23 | 980 | $248.2987 |
| 09/27/23 | 580 | $192.2807 |

| Common Stock Sales | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| | | |