**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated, | Case No. 0:23-cv-03884-NEB-DJF |
| Plaintiff, | Hon. Nancy E. Brasel |
| v. | CLASS ACTION |
| INSPIRE MEDICAL SYSTEMS, INC., TIMOTHY P. HERBERT, and RICHARD J. BUCHHOLZ, | |
| Defendants. | |

**MEET-AND-CONFER STATEMENT REGARDING CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Kate M. Baxter-Kauf, representing Plaintiff City of Hollywood Firefighters' Pension Fund ("Hollywood Fire") in the above-captioned action, hereby certify that I met and conferred with counsel for Defendants Inspire Medical Systems, Inc., Timothy P. Herbert, and Richard J. Buchholz regarding the instant motion. Specifically, on February 15, 2024, I spoke with counsel Jeffrey Justman and Matthew Kilby, and they indicated that, barring some unforeseen circumstance, Defendants did not intend to take position on any motion for appointment of lead plaintiff and approval of selection of counsel, including Plaintiff's.

Under D. Minn. LR 7.1(a)(1)(A), where an opposing party is unavailable to meet and confer before the movant files its motion, the meet-and-confer requirement may be deferred until after the filing of the motion.

In this matter, counsel for Hollywood Fire respectfully requests that the Court allow the deferred meet and confer available under this Rule as it regards any additional parties besides the Defendants named above. Based on the procedures set out in the Private Securities Litigation Reform Act of 1995, any class member may file a motion seeking appointment as lead plaintiff on or before February 20, 2024. Because any class member may file such a motion without prior notice, Hollywood Fire's counsel cannot meet and confer with any unknown movants prior to filing their motion.

Further, and consistent with LR 7.1(a)(1)(A), after filing its motion, Hollywood Fire shall meet and confer with any opposing moving parties and will supplement its motion with an amended meet-and-confer statement.

1

Dated: February 20, 2024

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

/s/ *Kate M. Baxter-Kauf*
Gregg M. Fishbein (Bar No. 0202009)
Kate Baxter-Kauf (Bar No. 392037)
100 Washington Avenue S, Suite 2200
Minneapolis MN 55401
Tel.: (612) 596-4007
Fax: (612) 339-0981
gmfishbein@locklaw.com
kmbaxter-kauf@locklaw.com

*Local Counsel for Proposed Lead Plaintiff City of Hollywood Firefighters' Pension Fund, and Proposed Local Counsel for the Class*

**SAXENA WHITE P.A.**
Lester R. Hooker (admitted *pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

- and -

**SAXENA WHITE P.A.**
Marco A. Dueñas (admitted *pro hac vice*)
10 Bank Street
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff City of Hollywood Firefighters' Pension Fund, and Proposed Lead Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)

2

7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff
City of Hollywood Firefighters' Pension Fund*