**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENION FUND, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>INSPIRE MEDICAL SYSTEMS, INC.,<br><br>            Defendant. | Case No. 23-CV-3884 (NEB/DJF)<br><br><br>ORDER ON STIPULATED BRIEFING SCHEDULE |

The parties' Stipulation For Briefing Schedule on Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 31) is GRANTED. It is hereby ORDERED that:

1.      On or before June 28, 2024, Defendants shall file their motion to dismiss the amended complaint.

2.      On or before September 6, 2024, Plaintiff shall file its opposition to the motion to dismiss.

3.      On or before October 11, 2024, Defendants shall file their reply in support of the motion to dismiss.

Dated: April 30, 2024                     BY THE COURT:

                              s/Nancy E. Brasel
                              Nancy E. Brasel
                              United States District Judge