# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of those similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>INSPIRE MEDICAL SYSTEMS, INC.; TIMOTHY P. HERBERT; and RICHARD J. BUCHHOLZ,<br><br>                    Defendants. | File No. 0:23-cv-03884-NEB-DJF<br><br><br>**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |

I, Jeffrey P. Justman, certify that Defendants' Memorandum of Law in Support of their Motion To Dismiss Plaintiff's Amended Complaint complies with the requirements of Local Rule 7.1(f) and 7.1(h), as well as this Court's order granting the parties permission to exceed the word-count limits set forth in those Rules (Dkt. 37). I certify that the Memorandum of Law contains a total of 10,898 words.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word count, while excluding words in the table of contents, table of authorities, caption, and signature block.

Dated: June 28, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

  /s/ *Jeffrey P. Justman*

Matthew Kilby (#0335083)
Jeffrey P. Justman (#390413)
Kacie Phillips Tawfic (#0399980)
Anderson C. Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
kacie.tawfic@faegredrinker.com
anderson.tuggle@faegredrinker.com

Sandra D. Grannum (*pro hac vice*)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
sandra.grannum@faegredrinker.com

*Attorneys for Defendants*

2