## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of those similarly situated, | File No. 0:23-cv-03884-NEB-DJF |
| Plaintiff, | **DECLARATION OF JEFFREY P. JUSTMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| vs. | |
| INSPIRE MEDICAL SYSTEMS, INC.; TIMOTHY P. HERBERT; and RICHARD J. BUCHHOLZ, | |
| Defendants. | |

I, Jeffrey P. Justman, declare as follows:

1.      I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint in the above action. The facts set forth herein are based upon my personal knowledge, information, and belief, unless otherwise stated.

2.      I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP, and I am counsel of record in this case for Defendants Inspire Medical Systems, Inc., Timothy P. Herbert, and Richard J. Buchholz.

3.      Attached hereto as the exhibits stated are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Inspire's Fiscal Year annual report for 2018 filed on Form 10-K, dated February 26, 2019 |
| 2 | Inspire's Fourth Quarter 2022 Earnings Call Transcript, dated February 7, 2023 |
| 3 | Inspire's Fiscal Year annual report for 2022 filed on Form 10-K, dated February 10, 2023 |
| 4 | Inspire's First Quarter 2023 Investor Presentation materials filed on Form 8-K, dated February 7, 2023 |
| 5 | Truist Analyst Report dated March 6, 2023 |
| 6 | Inspire's First Quarter 2023 quarterly report filed on Form 10-Q, dated May 2, 2023 |
| 7 | Inspire's First Quarter 2023 Earnings Call Transcript, dated May 2, 2023 |
| 8 | RBC Capital Markets Conference transcript dated May 16, 2023 |
| 9 | Inspire's Second Quarter 2023 quarterly report filed on Form 10-Q, dated August 1, 2023 |
| 10 | Inspire's Second Quarter 2023 Earnings Call Transcript, dated August 1, 2023 |
| 11 | Wells Fargo Healthcare Conference transcript dated September 7, 2023 |
| 12 | Inspire's Third Quarter 2023 quarterly report filed on Form 10-Q, dated November 7, 2023 |
| 13 | Inspire's Third Quarter 2023 Earnings Press Release, dated November 7, 2023 |
| 14 | Inspire's Third Quarter 2023 Earnings Call Transcript, dated November 7, 2023 |
| 15 | Inspire's Fourth Quarter 2023 Investor Presentation filed on Form 8-K, dated November 7, 2023 |
| 16 | Wells Fargo Analyst Report dated November 7, 2023 |
| 17 | JP Morgan Chase Analyst Report dated November 7, 2023 |
| 18 | Truist Analyst Report dated November 8, 2023 |
| 19 | Inspire's Fiscal Year annual report for 2023 filed on Form 10-K, dated February 9, 2024 |
| 20 | Inspire's Organizational Chart and Investor Presentation filed on Form 8-K, dated February 6, 2024 |
| 21 | Chart Showing Inspire's Stock Price Over Class Period |

I declare under penalty of perjury that the foregoing is true and correct.

2

3

Dated: June 28, 2024                    */s/ Jeffrey P. Justman*
                                        Jeffrey P. Justman