# EXHIBIT 4

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 8-K**

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

Date of report (Date of earliest event reported): **February 7, 2023**

**INSPIRE MEDICAL SYSTEMS, INC.**
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38468** | **26-1377674** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**5500 Wayzata Blvd., Suite 1600**
**Golden Valley, Minnesota 55416**
(Address of principal executive offices) (Zip Code)

**(844) 672-4357**
(Registrant's telephone number, including area code)

**N/A**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | INSP | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition
period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01. Regulation FD Disclosure.**

In February and March of 2023, Inspire Medical Systems, Inc. (the "Company") will be participating in various meetings with investors and analysts, and a copy of the Company's presentation materials being used at these meetings is furnished as Exhibit 99.1 hereto and is incorporated herein by reference. These presentation materials are also available on the Investor Relations page of the Company's website at https://investors.inspiresleep.com.

The information in this Current Report on Form 8-K (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be deemed to be incorporated by reference into any filing of the Company under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Inspire Medical Systems, Inc. Presentation, February 2023 |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**INSPIRE MEDICAL SYSTEMS, INC.**

Date:     February 7, 2023                    By:     /s/ Richard Buchholz
                                                      Richard Buchholz
                                                      Chief Financial Officer

3



**Sleep Apnea Innovation**

# Inspire Medical Systems, Inc.

**February 2023**

**NYSE: INSP**

# Disclaimer

This presentation contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements other than statements of historical facts are forward-looking statements. In some cases, you can identify forward-looking statements by terms such as "may," "will," "should," "expect," "plan," "anticipate," "could," "future," "outlook," "intend," "target," "project," "contemplate," "believe," "estimate," "predict," "potential," "continue," or the negative of these terms or other similar expressions, although not all forward-looking statements contain these words. The forward-looking statements in this presentation relate to, among other things, statements regarding the impact of the COVID-19 pandemic on our business operations, financial results and financial condition, investments in our business, our growth strategies, our expectation that a substantial portion of postponed Inspire therapy procedures will be rescheduled, our expectations regarding the final reimbursement levels for Inspire therapy procedures, the activity of our commercial team once circumstances allow, full year 2023 financial and operational outlook, and positive insurance coverage of Inspire therapy and improvements in market access, clinical data growth, product development, indication expansion, market development, and prior authorization approvals.

These forward-looking statements are based on management's current expectations and involve known and unknown risks and uncertainties that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. Such risks and uncertainties include, among others, estimates regarding the annual total addressable market for our Inspire therapy in the U.S. and our market opportunity outside the U.S.; future results of operations, financial position, research and development costs, capital requirements and our needs for additional financing; commercial success and market acceptance of our Inspire therapy; the impact of the ongoing and global COVID-19 pandemic; general and international economic, political, and other risks, including currency and stock market fluctuations and the uncertain economic environment; our ability to achieve and maintain adequate levels of coverage or reimbursement for our Inspire system or any future products we may seek to commercialize; competitive companies and technologies in our industry; our ability to enhance our Inspire system, expand our indications and develop and commercialize additional products; our business model and strategic plans for our products, technologies and business, including our implementation thereof; our ability to accurately forecast customer demand for our Inspire system and manage our inventory; our dependence on third-party suppliers, contract manufacturers and shipping carriers; consolidation in the healthcare industry; our ability to expand, manage and maintain our direct sales and marketing organization, and to market and sell our Inspire system in markets outside of the U.S.; risks associated with international operations; our ability to manage our growth; our ability to increase the number of active medical centers implanting Inspire therapy; our ability to hire and retain our senior management and other highly qualified personnel; risk of product liability claims; risks related to information technology and cybersecurity; risk of damage to or interruptions at our facilities; our ability to commercialize or obtain regulatory approvals for our Inspire therapy and system, or the effect of delays in commercializing or obtaining regulatory approvals; FDA or other U.S. or foreign regulatory actions affecting us or the healthcare industry generally, including healthcare reform measures in the U.S. and international markets; the timing or likelihood of regulatory filings and approvals; risks related to our debt and capital structure; our ability to establish and maintain intellectual property protection for our Inspire therapy and system or avoid claims of infringement; tax risks; risks that we may be deemed an investment company under the Investment Company Act of 1940; regulatory risks; the volatility of the trading price of our common stock; and our expectations about market trends. Other important factors that could cause actual results, performance or achievements to differ materially from those contemplated in this presentation can be found under the captions "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K for the year ended December 31, 2022, and as such factors may be updated from time to time in our other filings with the SEC, which are accessible on the SEC's website at www.sec.gov and the Investors page of our website at www.inspiresleep.com. These and other important factors could cause actual results to differ materially from those indicated by the forward-looking statements made in this presentation. Any such forward-looking statements represent management's estimates as of the date of this presentation. While we may elect to update such forward-looking statements at some point in the future, unless required by applicable law, we disclaim any obligation to do so, even if subsequent events cause our views to change. Thus, one should not assume that our silence over time means that actual events are bearing out as expressed or implied in such forward-looking statements. These forward-looking statements should not be relied upon as representing our views as of any date subsequent to the date of this presentation.

This presentation contains trademarks, trade names and service marks of other companies, which are the property of their respective owners. We do not intend our use or display of other parties' trademarks, trade names or service marks to imply, and such use or display should not be construed to imply, a relationship with, or endorsement or sponsorship of us by, these other parties.

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Company Overview

- Inspire is the first and only FDA-approved neurostimulation technology for Obstructive Sleep Apnea (OSA) with significant first-mover advantage
  - Innovative, closed-loop, primary cell solution with ~11-year battery life
  - ~90-minute, safe, convenient, minimally invasive outpatient procedure
  - Full-body MRI compatibility
  - Over 36,000 patients treated with Inspire therapy
- ~$10 billion annual U.S. market opportunity
- Significant body of clinical evidence involving thousands of patients across more than 70 studies
- Established reimbursement with 260 million U.S. covered lives including commercial payers, Medicare coverage in all 50 states, and Veterans Affairs
- Proven management team leading 750+ employees
- Strong financial profile with 83-85% gross margin
  - Five SKUs facilitate supply chain management
- Well-capitalized balance sheet with over $450 million in net cash (as of December 31, 2022)

## Our History & Key Milestones

*1990s:* Medtronic (MDT) begins early work on the development of Inspire

*2001:* Initial clinical results published by MDT

*2007:* Inspire is founded after being spun-out of MDT

*2011:* Initiated Phase III pivotal STAR trial; CE mark received in Europe

*2014:* STAR results published in the *New England Journal of Medicine*; **received PMA approval from the FDA**

*2015:* 18-month STAR data published; revenues of $8.0M

*2016:* 1,000th implant milestone; revenues of $16.4M

*2017:* Launched Inspire IV neurostimulator in U.S.; announced 5-year STAR results; 2,000th implant; revenues of $28.6M

*2018:* Inspire IV CE mark; 5-year STAR results publication; IPO on NYSE; Aetna begins covering the Inspire therapy; revenues of $50.6M

*2019:* 7,500th patient receives Inspire therapy; many BCBS plans and other large insurers write positive coverage; revenues of $82.1M

*2020:* Medicare coverage in all 50 states; FDA approved age range expansion of 18 to 21; Inspire Sleep app released; 10,000th implant; revenues of $115.4M

*2021:* Anthem policy issued; FDA approved 2-incision approach and Bluetooth® remote; 20,000th implant milestone; revenues of $230.4M

*2022:* First implants in Japan, Singapore, and the U.K.; strategic investments in digital health platform capabilities; FDA approved full-body MRI compatibility; 36,000th implant milestone; revenues of $407.9M

***2023E:*** **Expanded AHI, BMI and Pediatric Down Syndrome indications; expect first implants in France, Belgium, and Hong Kong; SleepSync™ programmer expected to launch in the U.S.**

***2024E:*** **Expected launch of Inspire V in the U.S.**

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# Obstructive Sleep Apnea is a Serious and Chronic Disease



**Typical Obstructive Sleep Apnea Event**

Airway obstruction during breathing

## OSA is Caused by a Blocked or Partially Blocked Airway

- Blockage prevents airflow to the lungs
- Results in repeated arousals and oxygen de-saturations
- Severity of sleep apnea is measured by frequency of apnea or hypopnea events per hour, which is referred to as the Apnea-Hypopnea Index (AHI)

**Normal range:**
AHI < 5 events per hour

**Mild sleep apnea:**
5 ≤ AHI < 15 events per hour

**Moderate sleep apnea:**
15 ≤ AHI < 30 events per hour

**Severe sleep apnea:**
AHI ≥ 30 events per hour

## Most Patients Are Unaware of Their Condition…

- High risk patients: obese, male or of advanced age
- Common first indicator: heavy snoring
- Other indicators:
  - Lack of energy
  - Headaches
  - Depression
  - Nighttime gasping
  - Dry mouth
  - Memory or concentration problems
  - Excessive daytime sleepiness

## …and Untreated OSA Multiplies Serious Health Risks

**2x**
The risk for stroke[1]

**2x**
The risk for sudden cardiac death[2]

**5x**
The risk for cardiovascular mortality[3]

**57%**
Increased risk for recurrence of Atrial Fibrillation after ablation[4]





Source: Company Website
1. Redline et al, The Sleep Heart Health Study. Am J Res and Crit Care Med 2010.
2. Gami et al, J Am Coll Cardiol 2013.
3. Young et al, J Sleep 2008.
4. Li et al, Europace 2014.
5. Prospective Study of Obstructive Sleep Apnea and Incident Coronary Heart Disease and Heart Failure from SHHS and Wisconsin Sleep Cohort Study.

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

4

**Inspire**
Sleep Apnea Innovation

# Current Treatment Options, Such as CPAP and Invasive Surgery, Have Significant Limitations

## Continuous Positive Airway Pressure (CPAP) is the Leading Therapy for OSA

- Demonstrated improvements in disease severity and long-term gold standard therapy
- **Major limitations as a therapeutic option is primarily due to low patient compliance (approximately 35% – 65%)**







Drivers of Non-Compliance
- ☒ Mask Discomfort
- ☒ Mask Leakage
- ☒ Pressure Intolerance
- ☒ Skin Irritation
- ☒ Nasal Congestion
- ☒ Nasal Drying
- ☒ Nosebleeds
- ☒ Claustrophobia
- ☒ Lack of Intimacy

## Surgical Alternatives for OSA

- Several variations of sleep surgery
- Success rates vary widely (30% - 60%)[1]
- Irreversible anatomy alteration
- Inpatient surgery with extended recovery

*Uvulopalatopharyngoplasty (UPPP)*

*Maxillomandibular Advancement (MMA)*

1.  Shah, Janki, et al; American Journal of Otolaryngology (2018). Uvulopalatopharyngoplasty vs. CN XII stimulation for treatment of obstructive sleep apnea: A single institution experience.

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



Inspire
Sleep Apnea Innovation

# A Strong Market Opportunity Exists for an Alternative to CPAP that is Effective and Minimally Invasive

## Prevalence & Economic Costs

✓ Sleep apnea affects +100 million people worldwide[1]

✓ Approximately 17 million individuals in the U.S. with moderate to severe OSA

  • Annually, ~2 million adult patients are prescribed a CPAP device [2]

✓ Annual U.S. economic costs of untreated moderate to severe OSA are between $65 - $165 billion[3]

✓ OSA economic costs are potentially greater than asthma, heart failure, stroke, and hypertensive disease

✓ OSA is associated with an increase in:

  • Rate & severity of vehicle accidents

  • Increased healthcare utilization

  • Reduction of work performance

  • Occupational injuries

1. Source: World Health Organization.
2. Company estimates.
3. Represents moderate to severe OSA. Source: McKinsey & Company, 2010.



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# UAS is Safer than Traditional Sleep Surgery
## (UAS n=1,201; Palate n=3,364; MLS n=492)



Nord et al, Comparison of Readmission and Complication Rates Between Traditional Sleep Surgery and Upper Airway Stimulation Using a Novel, National Medical Record Database, COSM 2021 [abstract]

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

# UAS has similar AHI improvement as CPAP, and lower symptoms & disease burden

## How does UAS compare vs CPAP?

**Population:** New UAS (n=117) and CPAP (n=110) pts
**Follow-up:** 12 months

**Inclusion of both arms**
- Sleepiness Symptoms
- AHI between 15-65
- Predominant OSA

**Statistically Matched: 63 PAP vs 63 UAS**
- Baseline AHI: ~35 events/hour
- Baseline ESS: ~15

## Results – UAS better at improving symptoms, and possibly higher usage



**ESS reduction (points):** UAS 8, CPAP 3.9    *p = 0.042

**Usage/Night (hours):** UAS 5, CPAP 4.0    p = 0.087

Heiser, Sleep & Breathing 2022

© Inspire Medical Systems, Inc.
All Rights Reserved



# Inspire Therapy is a Proven Solution for Patients with OSA

**Over 36,000 Inspire procedures completed to date**

## Inspire System



**Three implanted devices and patient remote:**

**①** **Pressure sensing lead**: detects when the patient is attempting to breathe

**②** **Neurostimulator**: houses the electronics and battery power for the device

**③** **Stimulation lead**: delivers electrical stimulation to the hypoglossal nerve

## Inspire Procedure

- ③ Stimulation Lead
- ① Pressure Sensing Lead
- Hypoglossal Nerve
- ② Neurostimulator

- Typically, a 60-90 min outpatient procedure
- Requires two small incisions
- Patients typically recover quickly and resume normal activities in just a few days
- Patient turns on the device each night with the remote control before going to sleep

## Inspire Algorithm



Inspire system turned on

- Airflow
- Breathing
- Oxygen Saturation

OSA events    No OSA events

- Active while patients sleep
- Closed-loop system which senses breathing patterns
- Provides stimulation during inspiratory phase of respiration maintaining open airway

Inspiration
Exhale
Stimulation

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# 2022 New Product Deliveries



## SleepSync™ Patient Management System
- Remote to app to cloud connectivity
- Enables patient management remotely & by exception
- Leveraged existing Inspire cloud & remote infrastructure



## Silicone Leads
- Easier to implant, short sensor lead
- Improved lead durability and longevity



## Full-Body MRI Compatibility
- Allows all common MRI scans on the most common MRI machines
- Applies to most existing implants and patients

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

10

Inspire
Sleep Apnea Innovation



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

# Continuous Data Collection and Outcomes Monitoring

- **Collect real-world, international outcomes data**
- **Eligibility – ALL patients receiving Inspire therapy**
- **ADHERE Registry - 4,000+ enrollments at 62 medical centers with enrollment goal of 5,000 patients**
- **Transition to ADHERE 2.0 as part of Inspire SleepSync™**



62 US Centers

11 EU Centers (Belgium, Germany, Netherlands, Switzerland)

Post Market Surveillance Data

Data Analysis for Signals

**Registry Data Collection**

**Baseline**
Medical Record
- Demographics
- OSA History
- AHI
- ESS

**Post-Titration (6mo.)**
- AHI
- ESS
- Patient Experience
- Therapy Usage
- Clinical Global Impression

- Implant Time
- Adverse Events

**Implant**

- AHI
- ESS
- Patient Experience
- Therapy Usage
- Clinical Global Impression

**Annual Visit (12mo.)**

AHI = Apnea Hypopnea Index
ESS = Epworth Sleepiness Scale

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Inspire Patient Experience Report - Safety





© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Inspire focus is to maintain strong Patient Outcomes



| | | |
|---|---|---|
| How does Inspire compare against your previous experience with CPAP? | **91%**[1] | Say Inspire is better |
| I would recommend Inspire to a friend or family member. | **93%**[1] | Agree or strongly agree |
| Given the chance, I would choose to receive Inspire again. | **92%**[1] | Agree or strongly agree |
| Overall, how satisfied are you with Inspire? | **90%**[1] | Satisfied or very satisfied |



1 Bosschieter et al. Similar effect of hypoglossal nerve stimulation for OSA in five disease categories. J Clin Sleep Med. 2022 Jun 1;18(6):1657-166.



### Apnea Hypopnea Index (AHI[1])

Median AHI (events/hour)

- Baseline (n=1,963): 33.0
- 6-mo Titration Study (n=1,852): 7.8
- 12-mo All Night Study (n=890): 10.2

AHI response at 12 Month
AHI </= 20 and 50% reduction: 67%
AHI </= 20: 76%
50% reduction in AHI: 69%



### Median ESS[1]

- Baseline (n=1,712): 11.0
- 12Mo. Visit (n=994): 6.0

### Hours of nightly use @ 12-months (n=913[1])



5.7

UAS usage of 5.7 hours/night at 12-months exceeds average CPAP usage levels from major clinical studies. [2,3]

1 Bosschieter et al. Similar effect of hypoglossal nerve stimulation for OSA in five disease categories. J Clin Sleep Med. 2022 Jun 1;18(6):1657-166.

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# The Great Balancing Act



Patient Outcomes                    Revenue Growth

## KEEPING CONTROL WHILE GROWING FAST

Focus on the rapid scaling of commercialization (implanting centers and sales reps) while ensuring proper training to maintain control of high-quality therapy outcomes

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Quarterly Revenue ($ in Millions)



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

# Annual Revenue and Gross Margin
(\$ in millions)



**2017 – 2022 CAGR: 70%**

$407.9

$233.4

$115.4

$82.1

$50.6

$28.6

**2023 Guidance:**
- FY2023 revenue range of $560M - $570M, representing 37% - 40% growth over FY2022
- FY2023 gross margin guidance between 83% - 85%

| 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|
| Annual Gross Margin | | | | | |
| 78.9% | 80.1% | 83.4% | 84.7% | 85.7% | 83.8% |

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

 Inspire
Sleep Apnea Innovation

# Steady Cadence of New Center Adds



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# DTC Program:  Strategic Pillars



| #1: Drive Efficient Awareness | #2: Educate & Segment IS.com | #3: Convert to Appointment | #4: Support Inspire implant and longitudinal follow-up |
|---|---|---|---|

**National DTC campaign**

Website visits (mn)

**>78k physician contacts in 2022**

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Q4 Business Highlights
## (As of December 31, 2022)

- Generated $137.9 million of revenue in the fourth quarter
    - A 76% increase over the same quarter last year
    - Generated full year revenue of $407.9 million, a 75% increase over 2021
- Gross margin of 83.9% in the fourth quarter
    - Gross margin impacted by higher costs of certain component parts caused by inflation and supply chain issues, and additional costs associated with the transition of the manufacturing lines to produce our new silicone-based leads, partially offset by May 2022 price increase
    - Achieved full year gross margin of 83.8%
- Achieved first profitable quarter with net income of $3.2 million
- Activated 61 new centers in the U.S. bringing the net total to 905 U.S. centers providing Inspire therapy
- Created 16 new sales territories bringing the total to 225 U.S. sales territories
- Generated $24 million in cash in the fourth quarter bringing cash and investments to $451 million
- Submitted SleepSync™ programmer application to the FDA
- Completed enrollment of 300 patients in PREDICTOR study
- Earned country-wide reimbursement in France and Belgium

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Upcoming Catalysts

- Pediatric Down Syndrome indication
- Expanded AHI and BMI indications
- First reimbursed cases in France, Belgium, and Hong Kong

- Inspire V launch in the U.S.
  - Sensor incorporated inside the IPG
  - Removes need for pressure sensing lead

- Neurostimulator replacements of initial commercial units
  - ~11-year battery life

**2023**　**2024**　**2025 & Beyond**

- PREDICTOR data readout – first step to eliminate DISE for patients with BMI < 32
- SleepSync™ programmer launch in the U.S.

- Remote Device Programming via SleepSync™

- Inspire VI
  - Sleep detection
  - Automatic on/off
- Inspire VII
  - Auto-titration/ programming

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Our Growth Strategy

- Ensure strong and consistent patient outcomes globally through planned and controlled market expansion and robust physician training

- Strong investments in the Inspire technology to further improve the patient and care giver experience by

  - Enhancing interconnectivity

  - Simplifying the screening, implant and follow-up procedures

  - Closely tracking global patient outcomes

- Promote awareness amongst patients, ENT/Sleep physicians, and general practitioners

- Continue to scale the U.S. sales and marketing organization to drive adoption of our Inspire therapy commensurate with new center additions and leveraging direct-to-consumer outreach programs

- Invest in research to drive innovation and expand indications

- Further penetrate existing European markets and expand into new international markets

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# No mask.
# No hose.
# Just sleep.™



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Appendix

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Consolidated Statements of Operations & Comprehensive Income (Loss)
(Unaudited)(In thousands, except share and per share amounts)

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | 2022 | 2021 |
| Revenue | $ 137,900 | $ 78,398 | $ 407,856 | $ 233,394 |
| Cost of goods sold | 22,152 | 11,156 | 66,115 | 33,279 |
| **Gross profit** | **115,748** | **67,242** | **341,741** | **200,115** |
| *Gross margin* | *83.9%* | *85.8%* | *83.8%* | *85.7%* |
| Operating expenses: | | | | |
| Research and development | 21,248 | 10,294 | 68,645 | 37,350 |
| Selling, general and administrative | 94,835 | 58,769 | 320,688 | 202,615 |
| Total operating expenses | 116,083 | 69,063 | 389,333 | 239,965 |
| **Operating loss** | **(335)** | **(1,821)** | **(47,592)** | **(39,850)** |
| Interest and dividend income | (3,369) | (15) | (5,050) | (125) |
| Interest expense | - | 538 | 1,677 | 2,128 |
| Other (income) expense, net | (241) | 27 | 49 | 117 |
| **Income (loss) before income taxes** | **3,275** | **$ (2,371)** | **(44,268)** | **$ (41,970)** |
| Income taxes | 125 | 20 | 613 | 72 |
| **Net income (loss)** | **$ 3,150** | **$ (2,391)** | **$ (44,881)** | **$ (42,042)** |
| Foreign currency translation gain | 195 | - | 89 | - |
| Unrealized gain (loss) on investments | 82 | (46) | (120) | (84) |
| **Total comprehensive income (loss)** | **$ 3,427** | **$ (2,437)** | **$ (44,912)** | **$ (42,126)** |
| **Basic income (loss) per share** | **$ 0.11** | **$ (0.09)** | **$ (1.60)** | **$ (1.54)** |
| **Diluted income (loss) per share** | **$ 0.10** | **$ (0.09)** | **$ (1.60)** | **$ (1.54)** |
| Basic weighted average shares oustanding | 28,931,271 | 27,374,196 | 28,071,748 | 27,262,979 |
| Diluted weighted average shares outstanding | 30,209,503 | 27,374,196 | 28,071,748 | 27,262,979 |

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

**Inspire**
Sleep Apnea Innovation

# Condensed Consolidated Balance Sheets (Unaudited)(In thousands)

|  | December 31, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash, cash equivalents, and short-term investments | $ 451,413 | $ 214,467 |
| Accounts receivable, net | 61,228 | 34,179 |
| Inventories | 11,886 | 17,231 |
| Prepaid expenses and other current assets | 5,505 | 2,660 |
| Total current assets | 530,032 | 268,537 |
| Investments, long-term | - | 9,938 |
| Property and equipment, net | 17,249 | 8,486 |
| Other non-current assets | 17,595 | 8,123 |
| Total assets | $ 564,876 | $ 295,084 |
| **Liabilities and stockholders' equity** | | |
| Total current liabilities | $ 61,186 | $ 41,307 |
| Total non-current liabilities | 7,682 | 24,729 |
| Total liabilities | 68,868 | 66,036 |
| Stockholders' equity: | | |
| Common Stock | 29 | 27 |
| Additional paid-in capital | 820,335 | 508,465 |
| Accumulated other comprehensive loss | (86) | (55) |
| Accumulated deficit | (324,270) | (279,389) |
| Total stockholders' equity | 496,008 | 229,048 |
| Total liabilities and stockholders' equity | $ 564,876 | $ 295,084 |

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Strong Management Team



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

# Product Development and Digital Health



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

# Advisor Care Program (ACP)
## *Connecting Qualified Patients Directly to our Centers*

**Patient calls number on MD Listing**  **Call connected to Inspire Advisor**  **Inspire Advisor calls clinic; Connects patient with LIVE scheduler**



**Turning Patient Interest into Actionable Steps Toward an Inspire Implant**



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# Digital Scheduling through ACP
## Facilitating Patient-Clinic Scheduling without Call to Clinic



**ACP**

ACP educates & assists in scheduling Inspire patients



**Phone & Email**

Primarily use phone & email to contact clinics to schedule appointments



**Considerations**

These methods require staff interaction and valuable time



Patient facing webpage integrated to Electronic Medical Record (EMR) to schedule on the website

ACP stays on the phone with the patient, filling out their information and choosing a date/time

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Ognomy Pilot through ACP

If a patient calls a pilot clinic with an out-of-date sleep study

ACP Advisor will Make <u>TWO</u> Appointments for the Patient









Telemedicine Appointment to get an Updated Sleep Study (HST)

Inspire Consultation 30 Days after Telemedicine Appointment

## BENEFITS

✓ Promotes Acquisition of Sleep Study: Keeps Patient from "Forgetting" or Losing Interest by Booking HST Visit on Same Call
✓ Reduces Time to Implant: Helps Patients Quickly Obtain an Updated Sleep Study while Waiting for ENT Appointment

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

Inspire
Sleep Apnea Innovation

# Market Development



© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

# Commercial Organization



© Inspire Medical Systems, Inc.
All Rights Reserved

# Sales Area Structure



- 2023 bonus payments for growing utilization in existing accounts



© Inspire Medical Systems, Inc.
All Rights Reserved

34

# Health Economics: Untreated OSA Cost Burden

> Growing evidence that CPAP intolerance is linked to higher healthcare costs[1]



**SCIENTIFIC INVESTIGATIONS**

**Older adult US Medicare beneficiaries with untreated obstructive sleep apnea are heavier users of health care than matched control patients**

Emerson M. Wickwire, PhD[1,2]; Sarah E. Tom, PhD[3]; Aparna Vadlamani, MS[4]; Montserrat Diaz-Abad, MD[2]; Liesl M. Cooper, PhD, MBA[5]; Abree M. Johnson, MS, MBA[6]; Steven M. Scharf, MD, PhD[2]; Jennifer S. Albrecht, PhD[4]

**SCIENTIFIC INVESTIGATIONS**

**CPAP adherence is associated with reduced inpatient utilization among older adult Medicare beneficiaries with pre-existing cardiovascular disease**

Emerson M. Wickwire, PhD[1,2]; M. Doyinsola Bailey, MPH[3]; Virend K. Somers, MD PhD[4]; Liesl M. Oldstone, PhD, MBA[5]; Mukta C. Srivastava, MD[6]; Abree M. Johnson, MS, MBA[6]; Steven M. Scharf, MD, PhD[2]; Jennifer S. Albrecht, PhD[3]

- Untreated OSA patients had ~$20,000 higher total annual Medicare costs
- CPAP intolerant patients had higher Medicare utilization than PAP tolerant

1. Wickwire JCSM 2021; Wickwire Sleep Breathing 2021
2. Pepin, ERS 2021 Conference

> ALASKA-Study – non-adherent patients have greater chance of mortality (n>176,000)[2]



**Conclusions:**
- Prioritize PAP intolerant to therapy, especially those with CV disease
- Addressing PAP intolerance improves mortality

# Environmental, Social and Governance (ESG)

Committed to improving the economic, social, and environmental impacts that our business has on the communities in which we operate, as well as our customers, business partners, suppliers, employees, and stockholders.

### ENVIRONMENTAL

Committed to operating our business responsibly and minimizing our impact on the environment wherever possible.

- By 2025, we aim to implement a formal environmental quality management system in line with International Organization for Standardization (ISO) 14001 standards to mitigate climate-related risks.

- We are also working toward establishing a sustainability policy that will be approved by the Board of Directors and will serve as the vision and mission for all climate-related commitments company wide.

### SOCIAL

Our corporate culture defines who we are and how we act, and our diverse employee base, who embody our culture, is the driving force behind our success.

- Our company's success is built on our enduring commitment to quality and patient outcomes.

- Women comprise 46% of global workforce. We actively seek diverse candidates to develop a more diverse talent pool.

- Foster a culture of continuous learning with significant investments in our people through programs focused on leadership and professional development.

### GOVERNANCE

Strong governance practices and high standards of ethics, compliance, and accountability designed to provide long-term value creation opportunities.

- Strong and diverse Board collectively possessing a range of qualifications, skills, and experiences that align with our long-term strategy and business needs.

- Robust information security and data privacy governance and risk management.

- ESG matters overseen by Board, executive leadership, and cross-functional team.

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL



# Our Intellectual Property Portfolio
(as of December 31, 2022)

- Covers aspects of our current Inspire system and future product concepts

  - 66 issued U.S. patents (expiring between 2023 and 2040) and 80 pending U.S. patent applications

  - 43 issued foreign patents and 73 pending foreign patent applications

- 143 pending and registered trademark filings worldwide

- Competitive position enhanced by trade secrets, proprietary know-how and continuing technological innovation

- Entered into an agreement with Medtronic in 2007 to make, use, import, and sell products and practice methods in the field of electrical stimulation of the upper airway for the treatment of OSA

  - Royalty-free license agreement

  - Perpetual license (no right of termination)

© Inspire Medical Systems, Inc.
All Rights Reserved
INSPIRE CONFIDENTIAL

**Inspire**
Sleep Apnea Innovation