# EXHIBIT 5

# TRUIST HH

# Truist Securities

Please don't forward - Exclusive use: ezgiyagci@inspiresleep.com

Equity Research Report

March 6, 2023

### HEALTHCARE: Neuromodulation

**Richard Newitter**
212-319-5883
Richard.Newitter@truist.com

**David Rescott**
212-319-3429
David.Rescott@truist.com

**Samuel Brodovsky**
212-319-3916
Samuel.Brodovsky@truist.com

Lin Zhang, CFA
212-590-0973
Lin.Zhang@truist.com

| | |
|---|---|
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$330.00** |
| | *Unchanged* |

| | |
|---|---|
| TR to Target | 24.9% |
| Price (Mar. 3, 2023) | $264.26 |
| 52-Wk Range | $278.01-$147.53 |
| Market Cap ($M) | $7,983 |
| ADTV | 195,701 |
| Shares Out (M) | 30 |
| Short Interest Ratio/% Of Float | 4.3% |
| Enterprise Value ($M) | $7,532 |
| Cash & Equivalents ($M) | $451 |
| Total Debt ($M) | $0 |

7 Page Document

## Reasons for this report

✓ NDR Recap

# Inspire Medical Systems, Inc. (INSP)

Mgmt. Mtgs Highlight Large TAM, Accelerating Utilization, & Robust Innovation/Indication Set Pot'l

---

**We recently hosted investor meetings with INSP's CEO Tim Herbert, CFO Rick Buchholz, and VP of IR Ezigi Yagci VP. Coming off the meetings, INSP remains a favorite SMID cap for 2023 as one of the cleanest/most durable 50%+ rev growth profiles in MedTech with a sustainable 80%+ GM**, in our view. We continue to have high conviction in estimates upside as we believe the company remains well-positioned to accelerate penetration into a $10B+ (and expanding) US oppty it shld have to itself for 2 yrs+.

---

**Mgmt. remains focused on efforts to increase surgeon/industry capacity that should help accelerate utilization growth in the qtrs and years to come**. The company reached 2/procedures/month (avg. 24/year) in 4Q, which is a threshold the company had suggested several years ago would be achieved at $1B in sales, and thus the company is clearly tracking well ahead of schedule towards achieving that goal (i.e. we think 2026 or earlier for $1B+). The company has "more than a handful of accounts" already trending at >100/year and some even above 200/year. Importantly mgmt. emphasized that all centers across the installed base---including the newer as well as the most mature ones---are experiencing rising utilization trends, and mgmt. sees opportunity to remove bottlenecks to increased adoption for both high volume and low-volume accounts.

**Towards this end mgmt. is focused on initiatives that speed up the patient visit-to-surgery-journey & that improve practice efficiency:**

- **Sales force compensation incentives have been "tweaked" to further encourage reps to focus on improving utilization per account and working with accounts to optimize surgeons' time** (ie. spending more time in the OR and less time doing other programming/ patient monitoring tasks, which can often be off-loaded to sleep physician partners). The key is to find ways to (a) add additional surgeons per practice to perform Inspire (currently on avg. it tends to only be 1 surgeon/practice), and/or (b) get practices to expand the number of dedicated Inspire surgery days per month (currently 1-2/week for high volume centers and as low as 1/month for newer/lower volume accounts). Reps are not necessarily changing their day-to-day significantly, but rather now eligible to receive "kickers" or bonuses linked to more procedures per account. The compensation changes do not represent a major change, but rather a recognition that bottleneck areas in the Inspire surgery process have evolved (i.e. patient demand is starting to outstrip capacity and thus it's not just all about demand creation). For example, mgmt. pointed out that reps had previously been getting bonuses linked to reimbursement related prior-authorization metrics, which over the last 3-5 years had been a major bottleneck. However, with reimbursement now largely shored up (coding and coverage in place + prior authorization timelines reduced from months to days/weeks), and much of the prior-authorization process getting streamlined/automated, mgmt. feels very comfortable diverting time and resources from prior-authorization focus to (more important and relevant) go-forward areas, like enabling surgeons to perform more surgeries in order to accommodate a rapidly rising demand curve.

- **Technology improvements will continue to shorten procedure times for surgeons.** The introduction of Inspire V (expected in late 2023/early 2024) will eliminate the

| Revenue ($M) | 2022A | 2023E | | | 2024E | | |
|---|---|---|---|---|---|---|---|
| FYE Dec | | New | Old | Cons | New | Old | Cons |
| Q1 | $69 | $119 | -- | $105 | $157 | -- | $105 |
| Q2 | $91 | $131 | -- | $126 | $168 | -- | $126 |
| Q3 | $109 | $146 | -- | $142 | $184 | -- | $142 |
| Q4 | $138 | $179 | -- | $168 | $222 | -- | $168 |
| Year | $408 | $575 | -- | $545 | $731 | -- | $545 |
| EV/Sales | 18.5x | 13.1x | | | 10.3x | | |

SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION

**Truist Securities**

pressure sensing lead and incorporate the sensor inside the neurostimulator using an accelerometer to measure respiration, which should shave at least 30 minutes off current avg. ~60-90 minute procedure times. Mgmt. estimates this would bring the avg. per minute surgeon economic remuneration (for an Inspire procedure) to $13-$18 on avg. vs. ~$9-15, currently (depending on how quickly one operates currently, and in which care settings). With coding now firmly established (as of Jan. 2022) and reimbursement all shored up, mgmt. believes ENT (i.e. head & neck) surgeons are now equally, if not more, incentivized to perform Inspire as they are to do other types of procedures. The key will be helping surgeons/practices learn how to adapt their practices and scheduling to increase surgery time (so that they don't have to decrease doing other procedures) --- i.e. more of a division of labor issue. One way to do this is to get sleep physicians more frequently involved with non-surgery aspects of the procedures in order to keep surgeons in the OR (i.e. monitoring, titration, follow-up visits).

- **Rising ASC adoption is also helping.** With reimbursement and coding now also established (and at a healthy rate, especially for commercial pay pts) migrating Inspire procedures to the ASC care setting represents another avenue for surgeons who want to increase utilization as this tends to be a more efficient setting to perform the procedure. **Mgmt. noted that one high volume surgeon recently completed 5 cases in one day while operating two ASC OR rooms simultaneously** (going back and forth between rooms).

- **Underway PREDICTOR study could eventually help (i.e. in 2024+) reduce pre-surgery Sleep Endoscopies (DISE) requirements** for a good chunk of pts that can be visually measured for pot'l contraindication (lateral wall collapse) during an initial consult visit. These procedures often take 15-20 minutes/patient and surgeons tend to dedicate an entire OR day to performing them; thus, **every ~4 DISE procedures that get eliminated, could potentially open up enough equivalent time to fit in an extra Inspire procedure,** that otherwise might not have been doable from a capacity standpoint if OR days are limited.

- **Continuing to drive increased patient demand for surgeons** (i.e. ongoing DTC and awareness build). As surgeons continue to experience higher volumes and inbound Inspire requests, they will eventually need to find ways to increase capacity within their practice (i.e. add OR days, divide up non-surgery labor tasks more efficiently, or add additional Inspire performing surgeons). Mgmt. is seeing this bear out already, especially as the company increases the number of implanting centers. As certain accounts brush up on patient wait times exceeding 3+ months, mgmt. actually sometimes takes docs off its the surgeon locator until that surgeon can work down his/her backlog. Instead, the goal is to minimize patient wait times and steer them towards a competing (less busy) practice, and get patients into the OR faster. Mgmt. noted that this can often facilitate a constructive discussion with busy practices on how to reduce bottlenecks, for which the company is prepared to offer a multitude of practice management, training, and digital resources aimed at driving practice efficiency.

**Several key upcoming catalysts over the next 6-12 months were in focus:**

- **Inspire V remains on track for a potential late 2023/2024 approval,** and we believe Inspire V will help reduce procedure time by ~30 minutes which will be important for helping practices increase throughput and potentially accommodate more operating days. Inspire V also will set the stage for future platform software upgrades and pave the way for key feature add-on (i.e. in future Inspire 6 and 7 versions down the road) such as (a) automatic "turn on" and "turn off" capability based on when a patient is asleep vs. awake (targeted for Inspire 6), and eventually (b) remote patient monitoring and auto titration--- as the Inspire V moves to use of an accelerometer and microprocessor inside of the IPG. Over time, these newer features (remote programming capability, cloud based data tracking/analysis, auto-titration) will help INSP preserve pricing power, generate new rev sources, and sustain a leading position (in an expanding mkt) when competition eventually enters with 1st-gen versions of their tech. **Inspire V's commercialization should also be well-timed with the beginning of a replacement cycle as the company's earliest pts (from 2014) begin to hit the useful life on their device's batteries.**

- **Indication expansion for Pediatric Down Syndrome remains on track for 1H23 approval, while the expansion for higher AHI & BMI thresholds continues to progress through regulatory stages.** The FDA is currently reviewing the company's submission to approve Inspire for the Pediatric patients with Down syndrome and remains on track for 1H23 approval. Mgmt. did note that this indication likely would have a slower adoption curve -- given the upfront investment in driving therapy awareness. But a large portion of these implanting pediatric centers are affiliated with INSP centers which should help streamline the process. Additionally, the FDA already has accepted the company's application to expand the indication for its Inspire therapy to include patients with a BMI up to 40 and AHI up to 100 events per hour (up from the current indication for patients with a BMI of 35 and AHI of 65); this application has been fast-tracked (breakthrough designation). Not only should these expanded indications help expand the addressable patient population — mgmt. suggested by up to 20% (~$2B) — but they also could open up the door to expanded reimbursement for patients (i.e. BMI limit is currently 32 for most insurers).

- **The company is also anticipating its PREDICTOR study to have an initial read-out on the first 300 enrolled pts later in 2023---an important study that could help replace the requirement for drug-induced sleep endoscopy with an office based measurement for a good portion of pts with a BMI <32**. This could open up opportunities to squeeze in extra Inspire surgery procedures on days that surgeons perform sleep endoscopies if they don't have to perform as many of these procedures anymore. It also could speed up patient wait times to receiving surgery and reduce cost to the system (for insurers) from doing fewer DISE procedures. Mgmt. estimates >70% of (sub-32 BMI) Inspire pts currently undergo DISE and likely would have only needed a visual measurement to ascertain eligibility. As of 4Q22 all 300 pts in the study were enrolled; however, there were pts included with BMI up to 35 so mgmt. has decided to increase enrollment to 600, and will probably continue expanding up to 1K+. The company will start submitting data on the initial 300 pts to insurers as soon as policy reviews begin and mgmt. remains confident that over time these data sets will result in policy changes that reduce DISE requirements. **Fewer DISE procedures can reduce the time it takes to get surgery (removes an extra inconvenient step/day, requiring Propofol, for pts pre-surgery), lower costs to payors, and eliminate a procedure that frees up time for surgeons**. We think this could be an important efficiency driver in the 2024-2025+ time frame.

**On competition, we continue to think earliest new entrants are still likely at least 1.5-2+ years away**.

- **The two primary device solutions to watch are:** LivaNova's Auro (LIVN, Not Covered) (we think 2025 at earliest in US), and Nyxoah (NYXH-US, Not Covered) (probably more like 2025-2026 at earliest in US). We think both are unlikely to materially impact Inspire's

**Truist Securities**

adoption trajectory, unless a competitive system can show better data/efficacy and INSP has stellar 5-yr clinical study follow-up and real world experience (including registry data). Given INSP's years of experience navigating the challenging reimbursement landscape we also think insurance coverage likely provides a sustainable competitive advantage as new entrants will likely have to contend with market access challenges when they first come to market. Ultimately, the market oppty is large and competition ultimately should be market expansionary. As has tended to be the case in other technology enabled (large/underpenetrated) MedTech TAM situations, we think more players driving awareness and advancements in the sleep apnea neurostimuation seg will helps expand the market.

- **Apnimed (private co. developing an OSA drug) could be on track for a 2025-2026+ commercialization, but still a ways off and unlikely to be direct competition** (targeting less 'sick' OSA population), when/if it gets approved. In the meantime (b/w now and 2025/2026) INSP will be advancing its pipeline and future iterations of the technology and, we don't see anything slowing down INSP's adoption momentum over the next several years.

- **As for weight loss drugs mgmt. thinks they could ultimately help increase the number of pts eligible for Inspire**. Lateral wall collapse (~30% of OSA pts) is a contra-indication for Inspire currently, which tends to be more highly correlated in higher BMI populations. Rapid weight loss could in fact help decrease OSA lateral wall collapse (large neck condition) and render certain pts, that were previously were contra indicated, now anatomically eligible for the procedure. Mgmt. also noted: (1) it's unclear how sustainably pts will be tolerant or compliant with drugs, as OSA is a chronic condition, and (2) ultimately while weight loss alone can help lessen OSA severity, it is not likely going to cure OSA and thus it should not be viewed as an existential threat to OSA device treatments. Ultimately, weight loss doesn't address anterio-posterior tongue movement (i.e. backward tongue collapse), which is the fundamental cause of the type of OSA that Inspire treats.

**Mgmt. proud of achieving 4Q22 GAAP profitability (first time for the company) and sees opportunity for continued operating leverage, but emphasized there has not been any change to its philosophy on driving growth into a big underpenetrated OSA TAM**. The company was reluctant to provide profitability or OpEx specifics for 2023 or even longer-term goal posts. But, CFO Buchholz did say to expect ongoing operating leverage in the P&L going forward. 1Q and 1H23 will likely see less leverage (and slip back into loss territory) due to seasonality and a (normal) lower rev level vs. 2H. But, on a FY basis, adj EBITDA should be on track to trend higher y/y and we think op leverage will become increasingly visible going forward. For our part, we model FY23 adj EBITDA of ~$30M (vs ~ $7M in FY22). We model EPS loss on a GAAP basis in 1Q through 3Q -- though diminishing through the year -- and a profit in Q4. We think our estimates could leave room for upside depending on how much the company ramps up spend, as our ratio of rev growth to OpEx growth is below what they company delivered in 2022. **The key here is that the company's profitability outlook is improving and our out-year forecast assume a sustainable GAAP profitability level in the 2H24 timeframe (vs 2H25 pre-4Q results).** We also think that given the company's focused efforts going forward aimed at helping to build additional capacity into the system, these initiatives should see a quicker ROI, at least compared to the seemingly heavier lift associated with the company's 2014-2020 investments---i.e. it should be easier to add extra surgeons/account vs. overdependence on new account openings alone. Onboarding an additional surgeon at an existing center (and their associated ramp period) also tend to be much faster, which could have a disproportionately positive impact on utilization growth going forward.

**TRUIST ⊞⊞    Truist Securities**

Richard Newitter
Phone: 212.319.5883
Email: Richard.Newitter@Truist.com

**INSPIRE MEDICAL SYSTEMS, INC.**
Income Statement Model

Last Updated: 2/8/2023
*"Required Disclosures" are on the last tab of the workbook*

| $M, except per share data | 2019 | 2020 | 2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United States | $73.66 | $106.11 | $221.02 | $66.38 | $87.90 | $106.30 | $134.30 | $394.88 | $116.46 | $127.44 | $142.07 | $174.16 | $560.13 | $711.34 |
| YoY % | 66.0% | 44.1% | 108.3% | 75.8% | 78.1% | 82.3% | 77.6% | 78.7% | 75.4% | 45.0% | 33.7% | 29.7% | 41.8% | 27.0% |
| International | $8.39 | $9.27 | $12.37 | $3.00 | $3.49 | $2.90 | $3.60 | $12.99 | $2.91 | $3.74 | $3.93 | $4.58 | $15.17 | $19.54 |
| YoY % | 35.0% | 10.5% | 33.4% | 16.1% | (3.3%) | (14.4%) | 28.7% | 4.9% | (3.1%) | 7.4% | 35.6% | 27.3% | 16.8% | 28.8% |
| Total Revenues | $82.05 | $115.38 | $233.39 | $69.38 | $91.39 | $109.19 | $137.90 | $407.86 | $119.37 | $131.19 | $146.00 | $178.74 | $575.30 | $730.88 |
| Cost of net revenues | $13.64 | $17.62 | $33.28 | $10.004 | $14.17 | $19.79 | $22.15 | 66.12 | $19.10 | $20.99 | $21.90 | $26.81 | $88.80 | $109.63 |
| Gross Profit | $68.41 | $97.76 | $200.12 | $59.38 | $77.21 | $89.40 | $115.75 | $341.74 | $100.27 | $110.20 | $124.10 | $151.93 | $486.50 | $621.25 |
| Research & Development | 12.84 | 26.09 | 37.35 | 11.87 | 14.53 | 20.99 | 21.25 | 68.65 | 21.49 | 22.96 | 22.63 | 25.02 | 92.10 | 95.47 |
| SG&A | 90.47 | 127.87 | 202.62 | 63.56 | 76.69 | 85.60 | 94.84 | 320.69 | 99.08 | 102.33 | 110.96 | 126.90 | 439.27 | 548.63 |
| Total Operating Expenses | $103.30 | $153.97 | $239.97 | $75.43 | $91.22 | $106.60 | $116.08 | $389.33 | $120.56 | $125.28 | $133.59 | $151.93 | $531.37 | $644.10 |
| Operating Income (Loss) | ($34.90) | ($56.21) | ($39.85) | ($16.06) | ($14.01) | ($17.19) | ($0.33) | ($47.59) | ($20.29) | ($15.09) | ($9.49) | $0.00 | ($44.87) | ($22.85) |
| Interest Income | (3.80) | (1.09) | (0.13) | (0.03) | (0.30) | (1.35) | (3.37) | (5.05) | (3.40) | (3.40) | (3.40) | (3.40) | (13.60) | (10.88) |
| Interest expense | 2.12 | 2.12 | 2.13 | 0.53 | 0.49 | 0.66 | 0.00 | 1.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income (Expense), net | (0.01) | (0.15) | 0.12 | 0.05 | 0.14 | 0.10 | (0.24) | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pretax Income | ($33.20) | ($57.09) | ($41.97) | ($16.59) | ($14.35) | ($16.60) | $3.275 | ($44.27) | ($16.89) | ($11.69) | ($6.09) | $3.40 | ($31.27) | ($11.97) |
| Income taxes | 0.04 | 0.12 | 0.07 | 0.10 | 0.14 | 0.25 | 0.13 | 0.61 | 0.25 | 0.18 | 0.09 | 0.17 | 0.69 | 0.57 |
| Tax Rate | -0.1% | -0.2% | -0.2% | -0.6% | -1.0% | -1.5% | 3.8% | -1.4% | -1.5% | -1.5% | -1.5% | 5.0% | -2.2% | -4.8% |
| Net Income | ($33.24) | ($57.20) | ($42.04) | ($16.69) | ($14.49) | ($16.85) | $3.15 | ($44.88) | ($17.15) | ($11.86) | ($6.18) | $3.23 | ($31.96) | ($12.54) |
| Unrealized gain on investments | 0.15 | (0.07) | (0.08) | (0.14) | (0.03) | (0.03) | 0.28 | 0.07 | 0.28 | 0.28 | 0.28 | 0.28 | 1.11 | 1.11 |
| Total comprehensive loss | ($33.09) | ($57.28) | ($42.13) | ($16.84) | ($14.52) | ($16.88) | $3.427 | ($44.81) | ($16.87) | ($11.58) | ($5.90) | $3.51 | ($30.85) | ($11.43) |
| Diluted EPS | ($1.40) | ($2.21) | ($1.54) | ($0.61) | ($0.53) | ($0.60) | $0.10 | ($1.62) | ($0.56) | ($0.39) | ($0.20) | $0.10 | ($1.05) | ($0.41) |
| Common Shares | 23.801 | 26.069 | 27.262 | 27.517 | 27.595 | 28.226 | 30.210 | 28.387 | 30.360 | 30.510 | 30.660 | 30.810 | 30.585 | 31.185 |
| Depreciation & Amortization | 0.495 | 0.840 | 1.218 | 0.359 | 0.356 | 0.513 | 0.636 | 1.864 | 0.637 | 0.677 | 0.726 | 0.891 | 2.932 | 4.009 |
| Adjusted EBITDA (Incl. SBC) | ($34.40) | ($55.37) | ($38.63) | ($15.70) | ($13.65) | ($16.68) | $0.30 | ($45.73) | ($19.66) | ($14.41) | ($8.76) | $0.89 | ($41.94) | ($18.84) |
| Stock-based compensation | $6.20 | $12.82 | $26.18 | $9.72 | $12.66 | $14.59 | $15.32 | $52.29 | $16.08 | $16.89 | $17.73 | $18.62 | $69.33 | $84.27 |
| Adjusted EBITDA (Excl. SBC) | ($28.21) | ($42.55) | ($12.45) | ($5.98) | ($0.99) | ($2.09) | $15.62 | $6.56 | ($3.57) | $2.48 | $8.97 | $19.51 | $27.39 | $65.43 |

| Expense and Margin Analysis (% of sales) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 16.6% | 15.3% | 14.3% | 14.4% | 15.5% | 18.1% | 16.1% | 16.2% | 16.0% | 16.0% | 15.0% | 15.0% | 15.4% | 15.0% |
| Gross Margin | 83.4% | 84.7% | 85.7% | 85.6% | 84.5% | 81.9% | 83.9% | 83.8% | 84.0% | 84.0% | 85.0% | 85.0% | 84.6% | 85.0% |
| Research & Development | 15.6% | 22.6% | 16.0% | 17.1% | 15.9% | 19.2% | 15.4% | 16.8% | 18.0% | 17.5% | 15.5% | 14.0% | 16.0% | 13.1% |
| SG&A | 110.3% | 110.8% | 86.8% | 91.6% | 83.9% | 78.4% | 68.8% | 78.6% | 83.0% | 78.0% | 76.0% | 71.0% | 76.4% | 75.1% |
| Total Operating Expenses | 125.9% | 133.4% | 102.8% | 108.7% | 99.8% | 97.6% | 84.2% | 95.5% | 101.0% | 95.5% | 91.5% | 85.0% | 92.4% | 88.1% |
| Operating Margin | -42.5% | -48.7% | -17.1% | -23.1% | -15.3% | -15.7% | -0.2% | -11.7% | -17.0% | -11.5% | -6.5% | 0.0% | -7.8% | -3.1% |
| Adj. EBITDA Margin (Incl. SBC) | -41.9% | -48.0% | -16.6% | -22.6% | -14.9% | -15.3% | 0.2% | -11.2% | -16.5% | -11.0% | -6.0% | 0.5% | -7.3% | -2.6% |
| Adj. EBITDA Margin (Excl. SBC) | -34.4% | -36.9% | -5.3% | -8.6% | -1.1% | -1.9% | 11.3% | 1.6% | -3.0% | 1.9% | 6.1% | 10.9% | 4.8% | 9.0% |
| Net Margin | -40.5% | -49.6% | -18.0% | -24.1% | -15.9% | -15.4% | 2.3% | -11.0% | -14.4% | -9.0% | -4.2% | 1.8% | -5.6% | -1.7% |

| Sales, Profit, Expense Growth Analysis (% yr/yr) | | | | | | | | 1.20 | | | | | 1.13 | 1.27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue - Reported | 62.2% | 40.6% | 102.3% | 71.9% | 72.6% | 77.0% | 75.9% | 74.7% | 72.0% | 43.6% | 33.7% | 29.6% | 41.1% | 27.0% |
| Cost of Revenue | 35.7% | 29.2% | 88.8% | 67.3% | 88.5% | 129.4% | 98.6% | 98.7% | 90.9% | 48.1% | 10.7% | 21.0% | 34.3% | 23.5% |
| Gross Profit | 68.8% | 42.9% | 104.7% | 72.8% | 69.9% | 68.5% | 72.1% | 70.8% | 68.9% | 42.7% | 38.8% | 31.3% | 42.4% | 27.7% |
| Research and Development | 69.0% | 41.4% | 58.4% | 45.6% | 56.5% | 118.4% | 106.4% | 58.3% | 81.0% | 58.0% | 7.8% | 17.8% | 37.0% | 24.9% |
| SG&A | 73.8% | 103.2% | 43.1% | 51.7% | 57.5% | 60.8% | 61.4% | 83.8% | 55.9% | 33.4% | 29.6% | 33.8% | 34.2% | 3.7% |
| Total Operating Expenses | 69.6% | 49.0% | 55.9% | 50.7% | 57.3% | 69.6% | 68.1% | 62.2% | 59.9% | 37.3% | 25.3% | 30.9% | 36.5% | 21.2% |
| Operating Income (Loss) | 71.2% | 61.1% | -29.1% | 2.3% | 11.7% | 75.5% | -81.6% | 19.4% | 26.4% | 7.7% | -44.8% | -100.0% | -5.7% | -49.1% |
| EBITDA | 72.1% | 60.9% | -30.2% | 1.6% | 11.5% | 76.3% | -120.4% | 18.4% | 25.2% | 5.6% | -47.5% | 196.1% | -8.3% | -55.1% |
| Pretax Income | 52.1% | 71.9% | -26.5% | 2.5% | 9.8% | 60.5% | -238.1% | 5.5% | 1.8% | -18.6% | -63.3% | 3.8% | -29.4% | -61.7% |
| Net Income | 52.3% | 72.1% | -26.5% | 2.9% | 10.7% | 62.8% | -231.7% | 6.8% | 2.7% | -18.1% | -63.3% | 2.5% | -28.8% | -60.8% |
| EPS | -76.4% | 58.6% | -30.3% | 1.6% | 9.2% | 57.5% | -219.4% | 5.2% | -6.9% | -26.0% | -66.2% | 0.5% | -35.3% | -61.3% |

*Source: Company Documents, Truist Securities Estimates*

**Truist Securities**

## Company Description

Inspire Medical Systems is a medical device company focused on the treatment of patients with obstructive sleep apnea (OSA). Inspire's closed loop, hypoglossal nerve stimulation device, which received PMA approval in the US in 2014 and has been commercially available in Europe since 2011, offers patients a safe and effective treatment option, that is less invasive than existing external therapies (CPAP) as well as more invasive surgical treatment options such as UPPP, MMA, and tongue reduction surgery. The Inspire therapy stimulates the hypoglossal nerve to maintain an open airway and is indicated for patients with moderate to severe OSA who do not have significant central sleep apnea, nor complete concentric collapse of the airway. The therapy has been commercially available in CE marked countries since 2011 and received approval in Japan in 2018.

## Investment Thesis

We view INSP as one of the cleanest, durable 30%+ rev growth stories in MedTech, and boasting an 80%+ GM profile. The company was 1st-to-market with its closed loop hypoglossal nerve stimulation device (Inspire Therapy) to treat patients with obstructive sleep apnea (OSA), who fail or cannot tolerate CPAP, and looking for alternatives to invasive surgical approaches. INSP is at a reimbursement tipping point in our view, marking the end of a multi-year period – leading up to 2020 – where reimbursement frictions had hindered adoption. Now with more supportive & dedicated reimbursement in place, and even more so in the ASC space (which puts upwards bias on utilization), we think INSP can roughly double sales over the next ~2-years ('21-'23). While competition is coming, we expect that INSP should continue to have the large & underpenetrated $10B US market opportunity almost entirely to itself for the next 2-3 years at least. We rate shares of INSP Buy.

## Valuation and Risks

Our $330 PT assumes INSP can trade at ~13x EV/Sales our $731M '24E rev. A ~13x EV/Sales would represent a premium to INSP's high growth peer group 2023 EV/sales average of ~10.1x, which we think is warranted given INSP's faster rev growth and above-avg. GM profile. We'd note that peers at the upper-end of INSP's comp set range trade as high as 12-14x, and we think INSP deserves a 1-yr forward multiple more towards the mid-to-upper-end of its peers' range given above-avg. growth/GM and a large underpenetrated TAM.

Risks to our rating and price target include: 1) competitive neurostimulation OSA devices entering the US market sooner than expected and/or if they produce better data, 2) if other OSA treatment modalities (i.e. therapeutic solutions) come to market and have equal or better data, or if they are perceived as less invasive/preferable by patients and providers as compared to HNS; 3) a reduction in device reimbursement (impacting procedure profitability), 4) additional COVID surges could cause procedure deferrals, 5) chip supply shortages could limit the company's ability to meet demand, and 5) if INSP can't deliver on rising expectations on an increasing bar for execution.

## Analyst Certification

I, Richard Newitter , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Truist Securities



**Rating and Price Target History for: Inspire Medical Systems, Inc. (INSP-US) as of 03-03-2023**

| 04/12/22 I:BUY:$315 | 05/04/22 BUY:$296 | 06/10/22 BUY:$250 | 08/02/22 BUY:$280 | 10/17/22 BUY:$240 | 11/01/22 BUY:$270 | 12/20/22 BUY:$308 | 01/31/23 BUY:$310 | 02/08/23 BUY:$330 |

Created by: BlueMatrix

## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 03/06/2023):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 461 | 65.21% | Buy | 75 | 16.27% |
| Hold | 242 | 34.23% | Hold | 34 | 14.05% |
| Sell | 4 | 0.57% | Sell | 1 | 25.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2023. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070