# EXHIBIT 7

**S&P Global**
Market Intelligence

# Inspire Medical Systems, Inc. NYSE:INSP
# FQ1 2023 Earnings Call Transcripts

## Tuesday, May 2, 2023 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2023- | | | -FQ2 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.70) | (0.53) | NM | (0.57) | (1.32) | NA |
| **Revenue (mm)** | 120.06 | 127.90 | ▲6.53 | 136.35 | 588.15 | NA |

Currency: USD
Consensus as of May-03-2023 12:14 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2022** | (0.63) | (0.53) | NM |
| **FQ3 2022** | (0.79) | (0.60) | NM |
| **FQ4 2022** | (0.54) | 0.10 | NM |
| **FQ1 2023** | (0.70) | (0.53) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................. | **3** |
| **Presentation** | ................................................................................. | **4** |
| **Question and Answer** | ................................................................................. | **7** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Ezgi Yagci**
*Vice President of Investor Relations*

**Richard J. Buchholz**
*Chief Financial Officer*

**Timothy P. Herbert**
*CEO, President & Director*

**ANALYSTS**

**Adam Carl Maeder**
*Piper Sandler & Co., Research Division*

**Anthony Charles Petrone**
*Mizuho Securities USA LLC, Research Division*

**Christopher Thomas Pasquale**
*Nephron Research LLC*

**Danielle Joy Antalffy**
*UBS Investment Bank, Research Division*

**Jonathan David Block**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

**Matthew Ian Mishan**
*KeyBanc Capital Markets Inc., Research Division*

**Michael K. Polark**
*Wolfe Research, LLC*

**Richard Samuel Newitter**
*Truist Securities, Inc., Research Division*

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

**Suraj Kalia**
*Oppenheimer & Co. Inc., Research Division*

**Travis Lee Steed**
*BofA Securities, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon. My name is Dilem, and I'll be your conference operator today. At this time, I'd like to welcome everyone to the Inspire Medical Systems First Quarter 2023 Conference Call. [Operator Instructions]

I'll now hand the conference call to your first speaker, Ezgi Yagci, the Vice President of Investor Relations at Inspire. You may begin the conference.

**Ezgi Yagci**
*Vice President of Investor Relations*

Thank you, Dilem, and thank you all for participating in today's call. Joining me are Tim Herbert, President and Chief Executive Officer; and Rick Buchholz, Chief Financial Officer.

Earlier today, we released financial results for the 3 months ended March 31, 2023. A copy of the press release is available on our website. On this call, management will make forward-looking statements within the meaning of the federal securities laws. All forward-looking statements, including, without limitation, those relating to our operations, financial results and financial condition, investments in our business, continued effects of the COVID-19 pandemic, full year 2023 financial and operational outlook and improvements in market access are based upon our current estimates and various assumptions.

These statements involve material risks and uncertainties that could cause actual results or events to materially differ. Accordingly, you should not place undue reliance on these statements. Please see our filings with the Securities and Exchange Commission, including our Form 10-Q, which was filed with the SEC earlier this afternoon for a description of these risks and uncertainties. Inspire disclaims any intention or obligation, except as required by law, to update or revise any financial projections or forward-looking statements, whether because of new information, future events or otherwise.

This conference call contains time-sensitive information and speaks only as of the live broadcast today, May 2, 2023.

With that, it is my pleasure to turn the call over to Tim Herbert. Tim?

**Timothy P. Herbert**
*CEO, President & Director*

Thank you, Ezgi, and thanks, everyone, for joining our business update call for the first quarter of 2023. As always, we first and foremost reiterate our commitment to patient outcomes and to ensure that each patient has the best possible experience with Inspire therapy. During today's call, we will provide an update on our first quarter results and discuss our updated outlook for the full year 2023.

To start, we want to highlight a very important milestone in the Inspire story. Today marks the fifth anniversary of our IPO, and what a tremendous 5 years it has been. Since our IPO, the company has surpassed 40,000 patients treated with Inspire therapy, grown to over 800 employees, introduced many therapy improvements highlighted by the 2-incision surgical approach, received a dedicated CPT code for reimbursement, and most recently received approval for pediatric patients with Down syndrome.

To celebrate this momentous occasion, along with the FDA approval of our pediatric Down syndrome indication, we have the privilege to ring the opening bell at the New York Stock Exchange last Thursday, and we were joined by Jesse Rivera, the first pediatric patient with Down syndrome to receive Inspire therapy 9 years ago, and we all celebrated as Jesse rang the bell. With that, let's review our results.

In the first quarter, we generated revenue of $127.9 million, representing an 84% increase compared to the first quarter of 2022. This 84% growth rate represents our highest quarterly growth rate post the COVID pandemic. Our growth continues to be driven by higher utilization at existing centers and is complemented by the activation of new centers.

Given the strong momentum we are seeing in our business, we now expect full year revenue to be in the range of $580 million to $590 million, a 42% to 45% increase compared to 2022. In the first quarter, we continued to increase our capacity by adding 68 new implanting centers in the U.S., ending the quarter with a total of 973. For the remainder of 2023, we continue to expect to activate 52 to 56 centers per quarter. Regarding the U.S. sales team, we created 17 new sales territories in the first quarter, bringing our total to 242. For the remainder of 2023, we continue to expect to add 12 to 14 sales territories per quarter.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In the first quarter, the number of visitors to our website surpassed 3.4 million, which is significant. The website is the introduction for patients and the source of the growth in therapy adoption. In January of 2022, we initiated our first national media campaign, which resulted in a onetime spike in website visitors surpassing the 3.4 million in the first quarter, but the current volume has us in a very strong position entering 2023. From these visits, we had over 19,000 physician contacts and have steadfastly improved our conversion of contact to patients receiving therapy.

Of note, our team has implemented several services to enhance the patient experience, including a patient nurturing program, whereby we are leveraging our significant patient database to reengage and help patients in their Inspire therapy journey through proactive outreach. Secondly, our digital scheduling pilot continues to make strides, and we are currently experiencing a 30% improvement in physician appointments in the pilot centers compared to traditional phone and e-mail scheduling through our advisor care program and are adding technology to support the next wave of participating centers. Further, we continue to focus on improving process time, including scheduling of sleep studies and one tool is our collaboration with Ognomy, which is showing great promise to-date.

And finally, our focus continues towards increasing surgeon capacity, and we see signs of improvement in the patient pathway and specifically by reducing the time from patient contact to implant, which continues to be approximately 6 months.

Moving on. Our international business continues to expand, growing 15% in the first quarter over the prior year despite ongoing headwinds from unfavorable exchange rates. There were several positives in our international business during the first quarter, including the strong performance in Germany, the Netherlands and Switzerland. We finalized countrywide reimbursement in Belgium and have increased our commercial efforts there. Furthermore, we hired a country manager in France in anticipation of the formal listing of the recently announced countrywide reimbursement in that country.

In Asia, we had strong sequential growth from the fourth quarter of 2022. We continue to be pleased with the progress in Singapore and completed our first 2 cases in Hong Kong. In Japan, we transitioned to a direct sales organization, launchinspire.jp and see good momentum with strong patient outcomes and growing patient flow.

Turning to R&D. We continue to work on the qualification of our fifth generation Inspire neural stimulator. The Inspire V device will eliminate the pressure sensing lead and incorporates the sensor inside the neural stimulator using an accelerometer to measure respiration. We continue operational and production qualification as well as integration with the Inspire digital tools, specifically SleepSync. The testing is continuing as planned, and the team is committed to submitting our application to the FDA by the end of this quarter.

Given normal FDA review cycles, including time to respond to FDA questions, this could move approval into early 2024. Our SleepSync system continues to make progress since the launch of the Bluetooth-enabled patient remote, and we have experienced significant adoption in the number of users of SleepSync, along with strong growth in the number of connected patients currently in the system. Another example of the expanded utility of SleepSync is the next release will incorporate the second version of our ADHERE patient registry. The current ADHERE registry is within 200 patients of the 5,000 patient cap. And moving forward, patients will be enrolled into the ADHERE 2.0 registry, which will be integrated into SleepSync.

Subsequent digital programs will incorporate a fleet monitoring device and remote patient programming. Regarding operations, we continue to make good progress with the production ramp of the silicone-based stimulation and sensing leads. We are in an improved inventory position and growing the inventory levels to our goal of 1/4 of safety stock. Inventory levels are strong for all other components, including the INSPIRE 4 Neurostimulator, the patient remote and the physician programmer.

In summary, we are experiencing significant momentum in all aspects of our business. We remain focused on patient outcomes and physician education to continue the adoption of our therapy. In 2023 and beyond, we will continue to increase utilization at our existing centers, while adding capacity by opening and training new centers. The ongoing expansion of our call center and investment in our DTC campaign support these initiatives, and we are seeing enhanced productivity from these efforts, which is driving our improved financial performance. We remain extremely excited about our future prospects and are confident that we have the appropriate strategy in place to drive long-term stakeholder value.

With that, I'd like to turn the call over to Rick for his review of our financials.

**Richard J. Buchholz**
*Chief Financial Officer*

Thank you, Tim, and good afternoon, everyone. Total revenue for the first quarter was $127.9 million, an 84% increase from the $69.4 million generated in the first quarter of 2022. We U.S. revenue in the first quarter was $124.5 million, an increase of 87% from the $66.4 million in the prior year period. The primary growth driver in the U.S. was higher utilization at existing centers. Other growth

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

drivers include the addition of new implanting centers, expanded direct-to-consumer marketing and a higher number of territory managers.

Revenue outside the U.S. increased to $3.4 million, which is a 15% increase year-over-year on a reported basis, while units sold outside the U.S. grew 24% year-over-year. The U.S. average selling price in the first quarter was $25,000 compared to $23,800 in the prior year period. The increase reflects our 5% price uplift that began in May of 2022. We expect the U.S. ASP to remain steady at the current level. The ASP outside the U.S. was 21,000 during the quarter compared to 22,200 in the first quarter of 2022, which was driven by unfavorable exchange rates and a lower ASP for distributor sales in Asia.

Gross margin in the first quarter was 84.4% compared to 85.6% in the prior year period, primarily due to higher costs of certain component parts, partially offset by the price increase that began in May of 2022. Total operating expenses for the first quarter were $127.5 million, an increase of 69% as compared to $75.4 million in the first quarter of 2022. This planned increase was due to the expansion of our sales organization, increased direct-to-consumer marketing programs, continued product development efforts and general corporate costs. The increase in operating expenses is reflective of our ongoing plan to drive continued long-term growth and to make investments in key areas of our business.

Interest and dividend income totaled $4.3 million in the first quarter compared to $34,000 in the prior year period. This higher income was driven by higher interest rates on our increased cash balances compared to a year ago. Net loss for the first quarter was $15.4 million compared to a $16.7 million net loss in the prior year period. The net loss per share for the first quarter was $0.53 compared to the net loss per share of $0.61 in the first quarter of 2022.

The weighted average number of shares outstanding for the first quarter was 29.1 million. We expect the second quarter weighted average shares outstanding to be approximately 29.2 million. Given our continued operating leverage improvement, our cash and investments increased to $452 million during the first quarter from $451 million at year-end. The strong cash position allows us to remain focused on executing our growth strategy of increasing procedure volumes at existing centers, while training and opening new implanting centers.

Moving on to updated 2023 guidance. Given the strong momentum we are seeing in our business, we now expect full year revenue to be in the range of $580 million to $590 million, an increase from our initial guidance of $560 million to $570 million. This updated revenue guidance represents 42% to 45% growth compared to full year 2022 revenue. We continue to expect full year gross margin to be in the range of 83% to 85%. As Tim noted, we expect to activate 52 to 56 new centers per quarter and established 12 to 14 new sales territories per quarter in 2023.

In conclusion, our strong performance and our business momentum provide us with confidence in our outlook for the remainder of 2023. With that, our prepared remarks are concluded. Dilem, you may now open the line for questions.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And I show our first question comes from the line of Robbie Marcus from JPMorgan.

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

Great. And congrats on another great quarter.

**Timothy P. Herbert**
*CEO, President & Director*

We'll give you a follow-up too, if you want it.

**Robert Justin Marcus**
*JPMorgan Chase & Co, Research Division*

Now I'm going to -- I'll ask just 1 question. I've asked you about center growth and all of that before. So really just looking out a little bit here and thinking forward to when Inspire V comes. And I just wanted to get your thoughts on what the organization can do now ahead of the launch to lay the groundwork and drive even better procedure utilization at centers, better patient awareness and make that more of a step function than an incremental type of product launch.

**Timothy P. Herbert**
*CEO, President & Director*

That's a great question. I can go a lot of different areas with this. I think the key will continue to be on the funnel and improving our SleepSync to be able to handle patients as they enter the program and help them with their patient journey. And we're having several tools that we're implementing as part of SleepSync that is working alongside the Adviser Care Program. We've mentioned some of the tools such as improved timing to get sleep studies, electronic scheduling, even electronic tools to help them gain referrals in.

But when we move to Inspire V, we see improvements in OR time that's going to provide some more efficiencies for the surge in capacity to be able to add additional cases in a given day. Then further, we'll be able to drive further improvements and outcomes. And specifically, we like the reimbursement -- I'm sorry, the reliability improvements that we expect to see by incorporating the sensor inside the can and really thereby moving forward. And I'm sure later on we'll talk about the progress that we're making with the PREDICTOR study to even improve sleep surgeons time by finding different ways that require them to do a drug-induced sedated endoscopy.

So all of those in composite are going to be coming together at the same time-frame as we launched Inspire V, allowing us just to continue the increased utilization of the therapy.

**Operator**

And I show our next question comes from the line of Danielle Antalffy from UBS.

**Danielle Joy Antalffy**
*UBS Investment Bank, Research Division*

Congrats on another really strong quarter and great start to the year. Just a question for me on thinking about sort of the staffing constraints that we've been going through. Feels like now 2 weeks or so into med tech earnings, they've eased quite a bit, but you guys pathway is very different with the whole sleep study and the requirements there. So just curious if you're still seeing any pressure there and how that's evolving? And could the quarter have been even better than expected if we -- or better than it was if that wasn't still an issue?

**Timothy P. Herbert**
*CEO, President & Director*

I think that we've been pretty good with the sleep studies and with the line of sight that we have for patients in the process. We're able to schedule them in advance. And so we're able to work around the staffing issues quite well. And therefore, we're able to achieve that 84% growth in the quarter, which is tremendous, and the number of patients that we're able to help is really extraordinary.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I think the staffing issue is present for sure. But I think because we have some advanced planning with line of sight of our patients, we're kind of able to manage that with our centers. And I do think our limiting factor tends to be more of the ENT surgeon time in the operating room to do procedures. And if we could continue to improve surgeon capacity, that really is the limiting factor that could have made our quarter even greater if we had more surgeon time.

So when we look at staffing, I think we kind of focus more on the surgeon themselves who are doing the procedure, but the support staff is obviously very necessary. But with our advanced plan, we can work through that.

**Operator**

[Operator Instructions] And I show our next question comes from the line of Larry Biegelsen from Wells Fargo.

**Lawrence H. Biegelsen**
*Wells Fargo Securities, LLC, Research Division*

So my congratulations on another strong quarter. I'll ask both upfront. Rick, just the usual question on just how to think about revenue cadence for the rest of the year. And then, Tim, I'd just love to get your reaction on the preliminary Nyxoah data we saw. And at a high level, Tim, just to follow on Robbie's question, how you're thinking about preparing for competition eventually in the market?

**Richard J. Buchholz**
*Chief Financial Officer*

Larry, this is Rick. So yes, we're really excited and proud of the results achieved by the team in the first quarter, and we did increase our guidance from our initial guidance at the beginning of the year. We're excited about the opportunity. We haven't changed our guidance strategy, and we're going to continue to focus on increasing utilization at existing centers where we see that, as well as add additional centers. And so if you take the increase in guidance, it's going to be really ratable throughout the entire year.

**Timothy P. Herbert**
*CEO, President & Director*

Okay. Good, Larry. As far as releasing of early data, I think anybody who's been in medtech knows that early release of a Phase III pivotal study is pretty unorthodox. And that's not sure what the purpose was by doing that, but it's a very limited release, and it's very hard to make any judgment from the data that was released. And maybe it's because there isn't a lot of other data available. And so it's all they have to be able to put that out.

It doesn't matter until the final numbers are available a year from now, and what the FDA says when they assess that data. So that's how we're going to really comment on that. As far as competition, we know we're going to have competition in the future. What we've been able to do to show the benefit for patients in this market is tremendous. The market is extremely large, and it's open to having viable and good competition that has therapies that can help patients. And I think that on the horizon that will happen.

But in the meantime, Larry, we're developing our technology to improve physician and patient experience, Inspire V is a perfect example of a therapy that's going to be leading edge, one of the best if not the best neurostimulator in the world today to be able to take care of patients, reduce a lot of time, improve reliability by eliminating the sensor, improving outcomes. And then, tying that into our patient outcomes with the SleepSync system. I think we're going to be in a very strong position for several years probably until the time we even expect to see any competition, if they pass their trials anyways.

**Operator**

And I show our next question comes from the line of Travis Steed from Bank of America Securities.

**Travis Lee Steed**
*BofA Securities, Research Division*

Maybe to quickly follow up on Larry's competition question. Maybe how we would think about the weight-loss drugs in that competitive environment? And then, the other question I'd have is, just when you think about the higher revenue guidance, how you're thinking about the OpEx guide within that, if you would have the OpEx go up a little less than revenue and just kind of overall thoughts on margins and profitability again for this year?

**Timothy P. Herbert**
*CEO, President & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Fantastic. Let me touch base on the weight-loss drugs coming out and then Rick will touch base on OpEx. We really like the weight-loss drugs. And the challenge that we have as a therapy is our treatment is for tongue-based obstructions and it doesn't address lateral wall. No hypoglossal nerve stimulation system can treat lateral wells because we stimulate the genioglossus, which is a tongue movement that moves it forward. Lateral wall collapse is related to higher BMI. And so if we have patients that can lose 20% -- even 30% weight loss with some of the new injectable drugs, we think that's really a positive and really complimentary to Inspire. That weight loss will reduce lateral wall collapse, but it doesn't address tongue base collapse.

So the 2 of us need to work in concert together to be able to treat the higher BMI population, and really look forward to the day when we get more our patients that can have relief from their high BMI, to bring them down into the group that we can treat with Inspire. So I think it's really complimentary and we're quite encouraged by the development of those drugs.

I hand off to Rick here for a discussion of OpEx.

### Richard J. Buchholz
*Chief Financial Officer*

Yes, hey, Travis. As we've trended the last several quarters, the revenue growth has outpaced the OpEx growth. And so with the new revised guidance of 42% to 45% for revenue and our updated guidance for the full year for 2023, we expect the OpEx to be less than the net growth of revenue. Not significantly, but just maybe a little bit less than in our revised updated guidance.

And then, as far as profitability, we're not changing our tone on profitability. We know it's important, but we're going to continue to run our playbook. I want people to understand that we do have a disciplined approach in our spending and our investments across our business. And we demonstrated profitability in the fourth quarter of 2022. We're not guiding to profitability at this time. And we did lose some of that leverage in the first quarter because of our seasonality. But as we progress through the year, our plan is to show some improvement on that operating leverage.

### Operator

And I show our next question comes from the line of Jon Block from Stifel.

### Jonathan David Block
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Great, guys. I'll also ask both mine upfront. I guess is 1Q clean from an end user demand perspective? Or was there a small benefit from inventory levels rebuilding a bit, Tim? I just wasn't really sure based on the inventory comments. It actually seemed like, inventory could still be below normal levels. So any clarity there would be helpful. And then, the number of centers were particularly solid, well above our estimate. So maybe just talk about the types of centers that are coming on board. Importantly, what's being done to ramp them quicker than previously? And then, I didn't hear a percent of ASC, so if you got that handy, I'll take that from you guys.

### Timothy P. Herbert
*CEO, President & Director*

Yes, there's a little bit of that carryover from the first quarter, there's no question about it. As we talked about our fourth quarter call that we were on allocation to make sure that we supported every implant that was scheduled. And from that, we were able to achieve that. But there's a little bit of carryover, but even the carryover is relatively small. And even with taking that into account, we were still close to 80% gross -- I'm sorry, 80% growth in the quarter. But certainly that exists. Our inventory position has improved, and we have that line up and running and ramping. And so we're able to support all orders right now with positive inventory today, and we're going to continue to grow that forward.

As far as the number of centers that we experienced, we did get an increase to 68, which is phenomenal. The percent ASCs at this point is now 24%. So a little bit of an upgrade uptick from the prior quarter, which is good, because ASCs will continue to grow slightly faster than the hospital setting, which we will continue to grow as well. So I think just opening up the new quarter, we'll be able to spend some time on opening new centers. And that's why we have that 68 and we'll continue to be able to scale the number of centers that we open over the quarter. But for the meantime, we're just leaving our guidance where it was.

### Operator

And I show our next question comes from the line of Adam Maeder from Piper Sandler.

### Adam Carl Maeder
*Piper Sandler & Co., Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Congrats on the nice start to the year. Wanted to start on a couple of the label expansion opportunities, specifically raising the upper limit of AHI and then also the change to the language around BMI from the current label. Just any latest thoughts on timing? And then I have a follow-up.

**Timothy P. Herbert**
*CEO, President & Director*

That's good. We've been working with the FDA. We answered the question. In the past, we've been talking about process, all of these PMA supplements go, and they're 180 days, but the FDA asked questions at day 100. We have received the questions, we responded to those questions. It's back in review with the FDA. We see promise moving towards approval. And we think that approval is coming in the very near future.

I think the high AHI is really the benefit for patients in that submission -- remember, the submission includes both AHI and BMI. The high AHI, right now, those patients just don't have any other alternative. And so that's a natural fit for them to be able to fit right into Inspire. The limitation really goes back to the early days of the clinical study. So there's no reason to really have upper limit on AHI. I also think that we'll be able to quickly garner reimbursement support or coverage from both commercial payers and Medicare to be able to really take care of that population.

We can get those patients approved through the appeal process, but this is going to really streamline their patient experience and be able to get those patients in insurance approval quite quicker. As far as the high BMI, while that presents a good opportunity, it also is something we need to be careful about because remember, with the higher BMI, it introduces the concept of lateral wall collapse, and that was very difficult to treat with hypoglossal nerve stimulation. Patients will get improvements because we'll take care of the tongue-based collapse, but they won't get a total improvement to the satisfaction that we desire. And so we're going to want those higher BMI patients to address that lateral wall collapse before they're going to be eligible. That being said, we do have our own work going on and to advance our system to stimulate to take care of lateral wall clams, but pretty early to talk about that right now.

**Adam Carl Maeder**
*Piper Sandler & Co., Research Division*

Okay. That's great color. And maybe switching over to Rick and the P&L. Just had a quick question on R&D spend in the quarter, which saw a healthy step-up. So I guess, first, what drove the increase? Where are those dollars being spent? And how do we think about kind of cadence of R&D spending going forward? Is this kind of the new base to work from?

**Richard J. Buchholz**
*Chief Financial Officer*

Adam, part of that increase is up in R&D. It was about 20% of revenue. That historically has been in that 15% to 20% of revenue. And it has increased just year-over-year and sequentially, just is really a function of the timing of entering that full qualification of Inspire V. And so we will continue to make R&D investments in the future. And so we expect R&D to continue to be in that mid-teens range as we exit 2023.

**Operator**

And our next question comes from the line of Richard Newitter from Truist Securities.

**Richard Samuel Newitter**
*Truist Securities, Inc., Research Division*

2 quick ones for me. Congrats on the quarter. 1, just the first, Rick, following up on the profitability line of questioning here. I think last quarter, you said that you do think that adjusted EBITDA on a year-over-year basis will be higher than it was in 2022. Based on your comments around OpEx growth being below the top line growth rate, it sounds like all of that should still be impacted. I just want to make sure that we're thinking about that correctly and that would imply a positive adjusted EBITDA, excluding stock-based comp, still. Is that fair?

**Richard J. Buchholz**
*Chief Financial Officer*

That is fair, and that's accurate. We -- when you look at EBITDA, it was about a $900,000 loss for the first quarter compared to a $6.1 million EBITDA loss in the first quarter of 2022. And the big driver there is stock-based compensation was $18 million in the quarter. And so still accurate comment.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Richard Samuel Newitter**
*Truist Securities, Inc., Research Division*

Okay. Very good. And then, just thinking about competition, I know there is none in the U.S. currently, but assuming a competitor gets there, I think they suggested they could use either your code or there would be potential modifier situations with other codes that would get them kind of the -- I don't want to use the word fast track reimbursement, but bypassing what you have to go through from a coding standpoint, I would love to just hear what your view is in light of some of those comments and any perspective you might have there?

**Timothy P. Herbert**
*CEO, President & Director*

Sure. Well, I think there's 2 people also doing clinical studies. I think, LivaNova is probably at the forefront of it because they got more data and more experience. And they already have an existing code, which is -- remember the old 64568 that we were using with our add-on code. So they already have a code with their implanted neurostimulator and stimulation lead that they're going to be able to leverage as they go forward. As far as Nyxoah, that jury is out and they got to go figure out what they're going to do with their code. But that's up to CMS and not for Inspire to comment, but that's always a little more challenging than you say it's going to be. Now that being said, both companies have to deal with coverage, which is their #1 challenge.

In order to get coverage, you need to have extensive data. And if you remember back, for us to coverage, we had to publish large studies and we had to published 5 years of clinical data, and Aetna was the first one to go. Remember that I was back in 2018, I believe, that was 4 years after our FDA approval. So getting FDA approval does not bring a home that allows you to enter the reimbursement phase of your business development. So a long way to go.

**Operator**

And our next question comes from the line of Chris Pasquale from Nephron Research.

**Christopher Thomas Pasquale**
*Nephron Research LLC*

2 questions. 1, Tim, you talked about new services to improve the patient experience and proactively reaching out to patients. Can you talk more about what you're doing there? And what problem you're really trying to solve?

**Timothy P. Herbert**
*CEO, President & Director*

Absolutely. So we have a lot of patients that come on the advisor care program and have challenges getting appointments with the doctor because we either can't work through the phone or the e-mail. We highlighted in the script that with our electronic scheduling, we're actually seeing a 30% improvement in the pilot centers. That means there's a significant number of patients that are just getting hung up in that process. And so we're doing things such as more organized e-mailing program to reengage them and help them through the process and get them back in the game and get them back connected to a health care provider that can take care of them. That is one example, but we have a significant number of other patients in our system over the many years that we've been working that continue to show interest in Inspire.

And now we're going to be proactively reaching out to them and really kind of just giving people a better chance to work through the process because the first couple of years as effective as that direct-to-consumer has been. We all know the challenges of that conversion, and our tools are getting much better to be able to help more patients. So really, that whole team is really focused on just improving those different factors and patient communication and electronic scheduling are the 2 leading programs.

**Christopher Thomas Pasquale**
*Nephron Research LLC*

That makes sense. And then just curious what was behind the decision to go direct in Japan and whether you expect that's going to have a noticeable impact on implant activity there.

**Timothy P. Herbert**
*CEO, President & Director*

Yes, absolutely. No, we love the partner that we have. They are great people, but it's an implanted product. And so if you think about every company that's successful in the United States and in Europe, they really have direct representation because you need to

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

focus on the customer base, focus on those physicians to maintain their commitment and drive utilization. And it's very difficult for a distributor that will have 10, 12 products in their bag to be able to sell to be able to provide the same level of commitment to the patients and being there for a couple of years, we saw the direction that, that was heading. And we worked appropriately with our partner there, and we agree the right thing to do was for us to just hire a direct force, and that's what we have done.

We have a country manager. We have -- the first sales reps were in Minneapolis last week as part of Inspire University. Every quarter, we go through and train all the new reps together, and it's great for them to come and be part of the new U.S. sales force as well. We just authorized a new trainer today. We also have a marketing team. We opened up the website. And so we're showing great promise, and I think you're going to see a little bit of a response when we start talking about Japan performance going forward.

**Operator**

And I show our next question comes from the line of Matthew Mishan from KeyBanc Capital Markets.

**Matthew Ian Mishan**
*KeyBanc Capital Markets Inc., Research Division*

Congrats on a great quarter. Can you talk a little bit about utilization trends into the next couple of quarters from coming off of 1Q. I think, as I'm like building out my model, I'm finding it difficult to kind of stay within your guidance range without keeping the utilization trends fairly modest into the next several quarters?

**Timothy P. Herbert**
*CEO, President & Director*

Absolutely. I think that we -- as we showed through last year, we had a consistent step-up from Q1 of 1.3% up to utilization of 2.0 in the fourth quarter. We always have seasonality primarily in January. And so you see a little bit of a pullback in the first quarter. I think it's about 1.7. And so pretty consistent with past years, what we see going into the first quarter. And from here, our job is to stay focused and continue to grow the utilization going forward.

We do believe that the majority of our growth in procedures and revenue will come from increased utilization, again, complemented by opening additional centers. But you're going to see a plan just to continue to keep growing utilization through the year. Some we haven't mentioned that we talked about previously is, we have changed the compensation structure with the territory managers to really focus on higher utilization at existing centers, and that modification has been well received by the team so far. And we'll continue to monitor that as we keep going forward.

**Matthew Ian Mishan**
*KeyBanc Capital Markets Inc., Research Division*

Excellent. And then, just 1 clarification for me. I'm pretty sure I know the answer to that. The number of new centers you're adding, 68 didn't pull from the 52 to 56 per quarter. Is that you're still expecting to do incremental 52 to 56 in 2Q, 3Q and 4Q?

**Timothy P. Herbert**
*CEO, President & Director*

Well, we always put our guide at 52 to 56 is what we said, and it takes time to open centers. But we do know centers will go -- opening a new center can take anywhere from 3 to 6 months depending upon if they have to go through the value-add committee of ASCO with contracts and pricing agreements. So we have line of sight to the number of centers, and we will open centers when they're ready. And what that means is that means everybody is trained. They've identified patients, and they're ready to do their first case. And so that's why we're able to kind of control that cadence a little bit. But we never know from a quarter-to-quarter basis where the endpoint is going to be. We tend to be a little bit above the guide as you see in the past, but that's why we're just kind of holding the guide steady.

**Operator**

[Operator Instructions] And I show our next question comes from the line of Anthony Petrone from Mizuho Securities.

**Anthony Charles Petrone**
*Mizuho Securities USA LLC, Research Division*

Congratulations on a strong 1Q here. I have a couple of questions just on procedure implant time. And maybe, Tim, can you remind us where total implant time was with the 3 incision procedure and where it stands with 2 incisions? And then the follow-up to that

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

would be, when we think about getting rid of the pressure-sensing lead with Gen 5, where do you think procedure time can go with that platform?

**Timothy P. Herbert**
*CEO, President & Director*

And I'll come back to a follow-up. So when we were doing -- when we went to Inspire II, the procedure time went from approximately 2 hours down to 90 minutes on average. So in general, with the 2 incision, we were at 90 minutes. Now, the top centers that have a high utilization, they have a lot of experience. They routinely run at about 60 minute procedure time today. So you can say the range of procedure time today with 2 incision is between 60 and 90 minutes.

When we go to Inspire V, we will expect that to drop down to between 45 and 60 minutes, depending upon the experience of the surgeon. So it's going to have both the benefit from implanting the sensing lead itself, but there also is improvement in our intraoperative testing. What's key to note here is remember that we do full operational testing in the operating room. So we know that the stimulation is moving the time forward, and we know that we can review the respiratory signal. So we know we have an operational system before we close. And that's -- we're going to be able to improve that time when we go to Inspire V as well. And you had a follow-up.

**Anthony Charles Petrone**
*Mizuho Securities USA LLC, Research Division*

That was very helpful. And maybe just a quick update on Philips. We tuned into ResMed last week and Philips reported also last week, and there's still just a lot of opaqueness around that process with FDA and SEC and DOJ. So just any kind of updates on what you're hearing around the Philips recall?

**Timothy P. Herbert**
*CEO, President & Director*

Yes. I think -- I mean, this has gone on for how many years now, and it's just an ongoing frustration by everybody. And hopefully, someday, it will resolve. From our viewpoint, what it's done is changed the paradigm for which sleep physicians look at treating sleep apnea. And they no longer are dedicated just to CPaaS. They're opening up and say, what other methods do we have out there that can treat our patients? And there's a prospect of a new drug, right, that could possibly take care of milder cases. They still have CPAP, but now they have Inspire and they can -- for patients that don't benefit from CPAP, they could quickly move on to its FireEye. We become part of the top track earlier. And that really is going to be the long-term paradigm change that is going to be the benefit to the patients that they become aware of all the therapies earlier on in the process.

**Operator**

And I show our next question comes from the line of Suraj Kalia from Oppenheimer & Co Inc.

**Suraj Kalia**
*Oppenheimer & Co. Inc., Research Division*

Congrats on a nice quarter. So Rick, 1 question for you and 1 question for Tim, and I'll ask both of them upfront. Rick, if I were to define new stores as 1 opened within the last 12 months, how would the new store same-store sales configuration look like in Q1?

And Tim, forgive me, I got a little confused. So maybe you can help me here. So from a phenotype perspective, right, these patients do have greater oropharyngeal collapse as a contributor to OSA. And hypoglossal nerve has been approved for high BMI. So is the notion now that GNS cannot effectively target higher BMI? Or is it that first, you got to treat it with GLP-1s let do the weight loss and then GNS can be used in a higher BMI category.

**Richard J. Buchholz**
*Chief Financial Officer*

Suraj, it's Rick. So to your point, overall, utilization is up from a year ago. It's down a little from Q4 because we have seasonality. But as Tim mentioned, it progressed nicely up on a quarterly basis. If we don't give the details, but at a high level, if you look at the 4 quartiles on utilization in the first quarter from a year ago, all of those quartiles are up from a year ago on a number of procedures that are completed. We do -- and then not looking specifically at the numbers, but when we bring a new center on, expectations are just different than they used to be. Several of the older vintages or classes were used to the 3 incision approach and reimbursement was not in a good position as it is now. So now that we have the 2 incision approach, full reimbursement, good CPT reimbursement for the physician, there's just a different expectation. So we expect those new centers coming on board to get higher utilization faster.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Suraj Kalia**
*Oppenheimer & Co. Inc., Research Division*

Very good. Okay. Let's address high BMI. First, in the United States, we do not -- the FDA did not limit BMI.

**Timothy P. Herbert**
*CEO, President & Director*

So yes, you are correct. High BMI is not a factor for Inspire. Although they have a warning in the labeling that says we do not have data on patients who have a BMI higher than 32. The new warning that is in review with the FDA is going to change that saying we do not have data on patients who have a BMI higher than 40. So it's only changing a warning, it doesn't change the indication, and you are correct that high BMI patients are approved in the United States for Inspire therapy.

Now, the key though is, we must identify which patients have the proper anatomy or proper collapse that is supported by any hypoglossal nerve stimulation system, including Inspire. We know hypoglossal nerve stimulation stimulates the genioglossus muscle that moves the town forward, but the component of collapse in high BMI patients is a combination of tongue-based collapse and lateral wall collapse that presents to what we all know as complete concept or collapse. We can all stimulate the hypoglossal nerve and clear that component of the obstruction, but the high BMI patients will remain or continue to have obstruction on the lateral wall. So while they may have improvements in their sleep, they won't get improvements in those patients that are tongue-based only because of the residual class from a lateral wall.

**Operator**

And I show our last question comes from the line of Michael Polark from Wolfe Research.

**Michael K. Polark**
*Wolfe Research, LLC*

I have a question on Gen 5 launch next year. When that goes into the market, what evidence will you have for [ Gen 5 ] physicians and patients that [indiscernible] of the 2 component system approximate is better than the 3 components. I mean you mentioned better reliability, it sounds like [indiscernible], it will be even better than the 3 component system. But I guess what will you have on [indiscernible] at the time of launch to pursuit physicians and patients, that's the case.

**Timothy P. Herbert**
*CEO, President & Director*

Sure. Thanks, Mike. We do have a clinical study we did. And what we're able to do is take existing patients who have Inspire 4 -- and we can use a second system, which is external with using an accelerometer to measure capture during the inspiratory phase of respiration, and this is the clinical evidence that went to the FDA that's been reviewed by them a couple of times already to show that the accelerometer which has been used in rate response of pacing for years for respiratory detection provides a cleaner respiratory signal and our improved algorithm is going to improve synchronicity by providing stimulation synchronous with the inspiratory phase of respiration. So we've already been able to demonstrate that with existing patients and provided that information to the FDA. So we're going to have evidence with -- when we launch that we're going to be able to show a benefit.

And then secondly, by removing the pressure sensor, it's just going to be an easier procedure for both the surgeon and the patient as well as improvement in reliability because we know that many of our revisions to date have been a result of that pressure sensor. So pretty confident in the device itself and already have data to be able to show that.

**Michael K. Polark**
*Wolfe Research, LLC*

Helpful. I appreciate that. If I can ask a follow-up. I thought your competitors' event, the most interesting part was the physicians that presented on different targets in that way the anti-cervical specifically like early stage stuff, who knows, but I seem intriguing. And then, my question for you is, is there stuff like this in your line or research line that you're thinking about? Just curious for any perspective on the different simulation targets to promote different movements in the airway to potentially create more patients on the road.

**Timothy P. Herbert**
*CEO, President & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Absolutely. Great question. Absolutely, we have a program going. We've already done several acute patients. We're going to be moving into more of a chronic study in the near term. And the concept is really around what we just discussed after Suraj's question about talking about the lateral wall collapse and that we mentioned that we have our own research study going with this. And the Inspire V device does have the technical capability to have dual channels of stimulation. We will need mechanical modifications by adding a second port for a second stimulation need. But we've identified an area that we want to stimulate to be able to take care of lateral wall collapse, and therefore, take care of what we described as high BMI patients and really be able to find a good solution to take care of those patients. So you're going to hear a lot more about that in the near future. But yes, great question. We're very active with that.

**Operator**

This concludes the Q&A session for the conference. I'd now like to turn it back to Tim for any closing remarks.

**Timothy P. Herbert**
*CEO, President & Director*

Yes. Thanks very much, and thank you all for joining the call today. As always, I'm grateful to the growing team of dedicated Inspire employees for their enthusiasm, hard work and continued motivation to achieve successful and consistent patient outcomes. The Inspire team's commitment to patients remains unmatched and is the most important element to our success.

I wish to thank all of our employees as well as the health care teams for their continued efforts as we remain focused on further expanding our business in the U.S., Europe and Asia. For all of you on the call, we appreciate your continued interest and support of Inspire, and look forward to providing you with further updates in the months ahead. Please stay safe and healthy.

**Operator**
This concludes today's conference call. You may now disconnect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.