# EXHIBIT 8

FINAL TRANSCRIPT                                                                                          2023-05-16
Inspire Medical Systems Inc (INSP US Equity)

# RBC Capital Markets Global Healthcare Conference

## Company Participants

- Rick Buchholz, Chief Financial Officer
- Tim Herbert, President, Chief Executive Officer

## Other Participants

- Shagun Singh, Senior Medical Device Analyst, RBC

## Presentation

### Shagun Singh  {BIO 16859144 <GO>}

We'll go ahead and get started. Welcome to the 2023 RBC Global Healthcare Conference. I'm Shagun Singh, Senior Medical Device Analyst at RBC. I'm very pleased to have Inspire here for the next company presenting.

Joining us are Tim Herbert, President and Chief Executive Officer, Rick Buchholz, Chief Financial Officer, and Ezgi, Vice President-Investor Relations. Tim, Rick and Ezgi are very happy to have you. Thank you, so much for joining us here.

### Tim Herbert  {BIO 17556245 <GO>}

Thank you, lovely to be here. We really appreciate you having us.

## Questions And Answers

### Q - Shagun Singh  {BIO 16859144 <GO>}

Great. We'll just dive right in and maybe kick it off with Q1 results guidance and some weeks and trends, maybe. Given that you've just reported a few weeks back, can you just point to what the key takeaways were from Q1's earnings report and perhaps talk about monthly trends in Q1, as well as any update on what you may be seeing in trends quarter to date?

### A - Tim Herbert  {BIO 17556245 <GO>}

We had a very strong first quarter. We were very impressed by the performance of the team and the healthcare providers to be able to offer up and provide a number of patients inspired therapy. Just a tremendous quarter from that standpoint.

Showed very strong growth, over 80% growth, in the first quarter, highlighted by growth within the United States.

We also are excited about the growth that was showing internationally. While it still remains a very small percentage of our overall global revenue, it's showing up and coming, and with advanced reimbursement.

Several key highlights within the quarter, we didn't see as much seasonality as we did in past first quarters. That's offset because we did have of an inventory carryover from the fourth quarter that provided of benefit, so it softened the seasonality.

To your point about monthly trends, our seasonality typically is that in January because we really load up cases in the end of December because of the high deductible insurance plans, and everybody rushes to get their procedure done before it resets on January 1st.

We always see large rush in commercial cases. January tends to be pretty slow, both from the high deductible plans but also from a fatigue.

We work our team very hard in the fourth quarter because they have so many cases. They want to take care of those patients. The surgeons also work very hard in the end of the fourth quarter. January tends to be soft, and it comes back strong February-March. Not a lot of changes right there.

I ask Rick to kind of jump and talk more on the metrics and even profitability and cash.

## A - Rick Buchholz  {BIO 17168441 <GO>}

Sure. In the fourth quarter of '22, were profitable.

Our first quarterly profitable quarter, and we're excited about that.

We do have seasonality, so we did lose some leverage in the first quarter, but we expect that to rebound and improve our leverage as we continue to progress through 2023.

Our net loss in the first quarter was about $15 million net loss, but stock-based compensation is 18 million. From an EBITDA standpoint, we are right around break even, and we're not really burning a lot of cash in the historical heavy cash burn quarter. We're very optimistic about the as we progress through 2023.

## Q - Shagun Singh  {BIO 16859144 <GO>}

Great. Any color on quarter-to-date trends?

## A - Rick Buchholz  {BIO 17168441 <GO>}

Yes. We are optimistic.

We are scheduling cases throughout the second quarter, obviously. And now into the third quarter, we're trying to reduce that timeframe of getting potential patients to receive our therapy, but we're not really seeing any staffing shortages in the hospitals.

We're excited about trying to increase our utilization.

Our playbook is to increase capacity, and increased capacity is to additional implanting centers as well as implanting surgeons, because the vast majority of our centers have just one surgeon.

## A - Tim Herbert {BIO 17556245 <GO>}

I think the other side, just to highlight.

On top of that, the question we've been getting is the supply challenges that we saw in the fourth quarter are largely resolved. We're back in a positive inventory position.

We -- our operation is able to exceed the demand that we're having, so we're able to kind of start to build up a safety stock.

We're in a good position from an inventory standpoint. That will continue to get stronger as we go through the year.

## Q - Shagun Singh {BIO 16859144 <GO>}

Got it. Just on '23 guidance, I believe you beat consensus by 7 million but you raised guidance by much more than that, I believe by 20 million. Your gross margin profile continues to be pretty strong. Just how should we think about the underlying trends of the market or what is factored into that guidance increase more than the beat?

## A - Tim Herbert {BIO 17556245 <GO>}

Well, I think we want to show confidence in the business.

We want to show confidence when our direct-to-consumer programs are very strong and create quite a bit of demand.

We had over three million people come to our website in the first quarters.

We know the demand is there.

We talk about our challenges with our limitations today are the amount of ENT time we have in the operating room, and we see that correcting and improving.

We want to show that with confidence as we did with the guide.

Overriding everything is the patient outcomes, which remain extremely strong. That only continues to increase further demand.

We like what we see so far, and that's why we're positive with our guide.

We wanted to let people know that we like what we see with what we have in the market today and teams doing performing very well.

## Q - Shagun Singh  {BIO 16859144 <GO>}

That's great. I wanted to jump into some of the metrics which you guys share, such as new center ads per quarter as well as new territory manager ads per quarter. How much runway do you have for continued penetration in terms of center addition, as well as what is the right number of centers per rep if you were to cover the entire US?

## A - Tim Herbert  {BIO 17556245 <GO>}

A lot in there. So, let's start with the rest. Start with the territory managers. People who know us from a couple of years ago know that we started out looking at ratios of five to six, maybe six active centers per territory manager. That was the breadth of that.

As we progress, we're getting denser territories and growing the utilization at existing centers. With that, we're reducing the ratio of centers up to four to one. That allows our territory managers to really focus on fewer centers, thereby driving higher utilization.

We also know that centers that have the highest utilization, also have the best patient outcomes naturally.

Everybody at the center is more practiced from doing the implant, to doing the device programming, to doing the overall patient management. We're going to continue with that ratio kind of more along four to one.

As far as new centers go, we know that if you're part of a large national contract, it could take three months to get a center activated.

If you are a new site of service, a hospital ambulatory surgical center not affiliated with a national contract, it could take six months because it takes three months through the logistics part being the value add committee or working through the pricing agreements.

We do have line of sight to centers going out.

We train the centers with expectations that doing one case a month, that's not going to work. You're not going to be able to get the proficiency within the center to drive

strong patient outcomes. We're going to want centers to start with the anticipation that they will be high utilizing centers that produce very strong patient outcomes.

We have line of sight.

We did get questions today about the number of centers we opened in the first quarter being 68. That's quite a step up above the guide that we put up.

We did have line of sight when centers are ready to go, we will open them up.

What we call a center ready to go. That means a center that has identified patients, they're ready to do the first procedure. They have all the contracts in place. There's six separate training modules that a center has to go through, and they ordered the product to support the first case.

Only then when they've completed all of that, do we call a center active.

We expect them to do their first case is probably within a few weeks after being activated.

## Q - Shagun Singh {BIO 16859144 <GO>}

Understood. I think your guidance is for 52 to 56 per quarter on the center ads, and 12 to 14 territory managers, is that correct?

## A - Tim Herbert {BIO 17556245 <GO>}

That's correct. I think we kind of kept that guide pretty consistent, although everybody who's following the story knows that we've been overachieving on both of those metrics.

## Q - Shagun Singh {BIO 16859144 <GO>}

Correct.

## A - Tim Herbert {BIO 17556245 <GO>}

I think what's important is when we are ready to expand the territory, we'll go ahead and we'll act on that.

So, we don't hold that guide.

As a fast rule, we put that guide out there just so people generally know what our target is. If given an opportunity, we're going to take advantage of that.

Same thing with centers. I think historically, if you kind of look back, we pretty much exceeded that guide on center ads, because when they're ready to go and they're all trained, we go ahead and take advantage of that and open up those centers.

FINAL TRANSCRIPT
Inspire Medical Systems Inc (INSP US Equity)

2023-05-16

### Q - Shagun Singh {BIO 16859144 <GO>}

Got it. I also wanted to better understand utilization. That's the number of procedures you're doing per center and that metric continues to increase. I think it was 1.7 in Q1 of '23 versus 1.3 a year ago. Can you talk to us about what is driving this trend and what level of peak utilization can you get to?

Perhaps you can talk about the rates that you're seeing in your top quartile or your top customer base.

### A - Tim Herbert {BIO 17556245 <GO>}

Let me just make a comment. I'm going to hand off to Rick so we can talk through some of our quartiles and give some specifics on that.

Some of our top centers really have an understanding systemically of how a good center operates. They have an EMT surgeon that can focus on doing the Inspire procedure, but they partner up and they have a group of sleep physicians and people within the organization at a hospital or ambulatory surgical center that can do the longitudinal management, can do the programming of the device.

Oftentimes on the front end, they can do the early diagnostics.

With that efficiencies in the center and everybody understanding their roles, we can really crank up utilization. I'll highlight one surgeon that we have in St. Pete's, and she has 23 Inspire cases scheduled in May that really is really shows what efficient center can do.

We characterize our centers and we break them into quartiles. Let me just hand off to Rick.

### A - Rick Buchholz {BIO 17168441 <GO>}

Right, right. If you drill down into our quartiles, our top 25% centers last year, we're doing about three and a half procedures per month. That quartile now this year is doing just under five. We've had a nice increase in the utilization on our top quartiles. All four quartiles have increased.

The other point is on the range of that top quartile, on the high end of the range, a year ago, it was ten procedures a month. And now in the first quarter it was 18 procedures per month. That will continue to drive overall utilization.

We think that overall number of 1.7, there's a lot of room to grow that. We're at 2.0 in the fourth quarter but with seasonality, it's back down.

We expect that to rebound in the future, and that will help drive leverage going forward.

## Q - Shagun Singh  {BIO 16859144 <GO>}

Got it. What trends are you seeing in terms of referrals by ENTs? I mean any color there.

## A - Rick Buchholz  {BIO 17168441 <GO>}

So, our referrals come from many sources. Primarily, everybody is so aware that we do a direct-to-consumer.

We are a consumer-based company with a medtech product, right?

We have outreach programs to really educate potential patients on the benefits of Inspire, bring them to our website. When they come to our website, there's multiple avenues for them to get to an ENT.

Foremost is the call center, the advisor care program, where they can call up and we can assist them in making contact and getting an appointment with a healthcare provider.

We could talk more about that.

With a lot of us, our insurance coverage policies require us to get a referral from your general practitioner anyways before you see a specialist. A lot of patients say I got to go talk to my family doctor. They go to the family doctor and say I've heard about Inspire. I went to the website. I got educated. What do you think?

What we don't want is a family doctor to say well, I've never heard of it, right?

We're spending a lot of effort to educate family practice doctors, make sure that they can talk about Inspire, and then be able to provide a referral into an ENT from that standpoint.

Our territory managers pretty much know every sleep physician within their territory. Those sleep physicians know that if they have patients who cannot benefit from CPAP, that they know where to refer those patients to. That's kind of a key.

Two new avenues. Most recently, everybody's been hearing a lot about the excitement around new therapies for atrial fibrillation and with pulsed-field ablation with Medtronic and Boston, both talking about what an impact this is going to have on this large market. What people are not talking about, if those patients have obstructive sleep apnea and left untreated, there's a 57% recurrence rate of their atrial fib. That's amazing, right?

It's very important that we know sleep apnea is a causal effect associated with atrial fibrillation. That's going to be a big market changer for the sleep. Every patient who's going to have an atrial fib procedure needs to have a sleep study to

FINAL TRANSCRIPT
Inspire Medical Systems Inc (INSP US Equity)

understand if there's other causal effects that need to be addressed other than just treating the symptom of atrial fib.

We'll talk more about the obesity drugs, but that also is one more key referral source and what a benefit the new obesity drugs are going to have on the overall sleep market.

## Q - Shagun Singh {BIO 16859144 <GO>}

Right. Do you want to elaborate on that?

## A - Tim Herbert {BIO 17556245 <GO>}

Jump right into that?

## Q - Shagun Singh {BIO 16859144 <GO>}

Why not?

## A - Tim Herbert {BIO 17556245 <GO>}

Okay. Thank you. I will.

We know that -- we do -- drug-induced sedative endoscopy or drug-induced sleep endoscopy since the beginning. The reason we do that, we want to know the anatomy of the airway going forward.

We stimulate the hypoglycemia nerve that moves the tongue forward.

We address the physiology and a forward movement of the tongue. What we do not treat is lateral wall claps. Patients who tend to have a higher BMI will tend to have a larger neck circumference and the fat pads are on the side of your neck. When you lay down those sidewalls claps in, and that creates a lateral wall clap.

We can stimulate the hypoglycemia nerve all we want to move the tongue out of the way.

The patients will get better, but they won't get all the way down to where we need them to be. Ideally, that's an AHI, apnea-hypopnea index, less than ten events per hour.

What do we do with these patients that have lot of wall claps?

Well, the best thing we can do is a lot of our doctors now are simply prescribing one of the new obesity drugs. If they can lose some weight, they're going to see a reduction in their neck circumference, which is a relief from the lateral walls, and that's going to show the patients to be purely hung-based.

FINAL TRANSCRIPT
Inspire Medical Systems Inc (INSP US Equity)

2023-05-16

I would expect one of the companies is doing a sleep apnea study right now, and I believe that my hypothesis is they will show a statistically significant reduction in the severity of sleep apnea, a reduction in their AHI. And let's just say it goes from 40 down to 20, that's tremendous. That's a 50% reduction in their severity because that's the lateral wall they're relieving.

What they're not doing is getting those patients down to a ten.

We know the causal effects of untreated sleep apnea really trigger on AHI about 20 and above. Got to get patients down to a 10. Those patients, even though they will have a statistically significant improvement that's not good enough. Those are the patients that fall into the Inspire camp to be able to address their tongue-based collapse and get them less to the 10, and that's what's going to give them the quality of life and the reductions in comorbidities that Inspire is all about.

It's really a partnership with these new drugs that it's really going to be helping the patients, one, lose weight for your general health altogether but, number two, reduce the sleep apnea to a point where you can use Inspire to be able to get you less than 10. I think it's really a partnership. We'll continue to work with the companies to learn more about what they're doing.

I want to know more about this trial that they're doing and what are they doing with these patients at the end of the 12 months and how are they referring them back to sleep physicians to take care of their residual sleep apnea after a lot of these patients have lost weight.

We really take these as hugely positive and it's just a great partner for Inspire going forward.

## Q - Shagun Singh {BIO 16859144 <GO>}

Got it. Any color on what the impact could be from these catalysts down the road, to growth or just -- can you quantify it in any way?

## A - Tim Herbert {BIO 17556245 <GO>}

If you think about it, right now the FDA has a warning out there for a BMI at 32.

We expect in the very near future, people know we have a PMA supplement in with the FDA to increase our AHI, apnea-hypopnea index. Right now, we have a cap of 65. We're going to take that cap up to 100.

The warning in our labeling has a BMI less than 32. That is going up to a BMI of 40. We've been working interactively with the FDA and expect that that should get approved in the near future.

I think when you do the sleep endoscopy and we know patients who have a BMI greater than 32, about a third of those patients can screen out because of the lateral

FINAL TRANSCRIPT
Inspire Medical Systems Inc (INSP US Equity)
2023-05-16

wall collapse, right?

That's a third of the patients right there that could benefit from either a technology change. We're working on a different technology solution to kind of help those lateral walls.

If there's ways to help those patients lose weight, we can capture that population. You start getting populations with a BMI higher than 35 up to a 37, we could screen out at least 50% of those patients with the sleep endoscopy. Because if you think about a patient with a BMI of 37, pretty likely they're going to have a pretty big neck, and that's going to have a lateral wall collapse.

Pretty likely that if we can lose some weight, it's going to get an improvement right there. That's 50% of our population that cannot get Inspire because we can't resolve their sleep apnea with Inspire alone because of the lateral wall collapse.

## Q - Shagun Singh {BIO 16859144 <GO>}

Got it. I guess just a couple of questions here as well. Just in terms of patient demand, it seems like it continues to be strong. What about sales incentives?

What are you doing differently on that end?

## A - Tim Herbert {BIO 17556245 <GO>}

Well our sales reps always have a base salary.

Of course, we want to reward them on patients receiving therapy, being implanted, generating revenue. There's no question about that. We have all those key components of the compensation.

We also have some additional variable comps that we put in there. It used to be something called PET, patients expecting therapy, that we had for the first five years because we used to support centers to help them do prior authorizations with insurance companies. In the early days, people remember it could take four to six months to get an insurance approval. Now we get approved in just two to five days.

We really are in the phase of teaching centers to help them just kind of submit their own prior authorization. Now we need to do is transition the sales team and we incent them more on having high utilized centers, high utilization centers, as we talked about, primary purpose center with the highest utilization has the best patient outcomes.

If a center has two procedures a month, they get a certain bonus level. If they have four a month, it goes up six a month, eight a month. It's an accelerator based on the utilization of centers to incent the sales rest of the territory managers to really focus on high utilization, which in turn is going to drive high patient outcomes.

FINAL TRANSCRIPT
Inspire Medical Systems Inc (INSP US Equity)

2023-05-16

Started January 1st, and it's been well-received so far, the salesforce really is able to understand the need to have an incentive like that.

They know how to really get behind it and be able to drive the utilization. So, it's been very well-received.

The other avenue that I want to just touch base on related to that is we want our sales reps to really drive their territories up to about two million, whereas we're going to split their territory. The typical sales reps say wait a minute, I work really hard, I grew my territory, now you're going to take half of it away from me.

What we do is we have T-splits. If we're going to split a territory, the sales rep who's losing part of their territory, we give them shared compensation from the old territory.

We want them to mentor and ensure that the new territory is equally as successful as their new reduced area. They're incented to be able to grow their territory and have a T-split to be able to benefit from the shared commission from the other one and teaching the new rep how to be successful in that territory.

Really want to be fair on how we continue to scale and expand, and that's important because we consistently are adding, what do we say 12 to 15, although we beat that every now and then, the number of new territory managers that we bring in on a quarterly basis.

### Q - Shagun Singh {BIO 16859144 <GO>}

That's helpful. I was hoping with the little time we have left, maybe we can touch on Inspire V and --

### A - Tim Herbert {BIO 17556245 <GO>}

A good assess.

### Q - Shagun Singh {BIO 16859144 <GO>}

And just the importance of it, even from a gross margin perspective and what you're doing differently. I have a follow-up on replacement cycle.

### A - Tim Herbert {BIO 17556245 <GO>}

Okay, I'll go really fast. Inspire V, the key function of Inspire V is the pressure sensor, which is an external product today is now incorporated inside the neural stimulator using an accelerometer that's been used consistently in cardiac pacing for years. It's really going to give an improved respiratory signal. With our algorithms, we believe we're going to have higher patient outcomes again, which is all about that product is going to the FDA in June of this year.

FINAL TRANSCRIPT
Inspire Medical Systems Inc (INSP US Equity)

2023-05-16

FDA gets 180 days to review that. There's a yes, but when they ask us questions at day 100, it stops the clock.

We do believe the approval is going to flow into 2024, but very confident in the value of that product and what it's going to mean. If we don't have to make the pressure sensing lead anymore, it reduces our cogs, which improves gross margin.

I'll quick hand off to Rick to talk through replacement.

## A - Rick Buchholz {BIO 17168441 <GO>}

Oh yes, quickly replacement revenue. We're very excited about that. Our battery life is 11 years. Our first year of commercialization was 2014.

We will now have a recurring revenue stream in our business model. With our high patient satisfaction rates of over 90%, we expect about an 80% conversion rate to the new battery once your initial battery is depleted. That can be a continued revenue lever in the future.

## A - Tim Herbert {BIO 17556245 <GO>}

You still got 22 seconds.

## Q - Shagun Singh {BIO 16859144 <GO>}

I'll throw in the last question. How should we think about your long term growth targets?

Are we looking at an inflection given that you have the predictor study coming up, you have the launch of Inspire V, you have a bunch of digital initiatives that we didn't talk about as well as the replacement cycle?

So, any color on an inflection or longer term --

## A - Tim Herbert {BIO 17556245 <GO>}

Right. All the indication changes. We're so proud that we just got approval for the pediatric population with down syndrome.

We just celebrated our five-year anniversary of our initial public offering in May of 2018.

We did that by again ringing the bell for the opening bell at the New York Stock Exchange.

Representing us was the very first patient, who's a pediatric with down syndrome. Jesse [ph] was 13 when he received the device. It happened to be his birthday of all romantic things, and he's 22. Nine years he's had inspiring benefit from it.

That poor kid is an awesome kid. Sitting up there ringing a bell was just a highlight for all the Inspire employees and really signifies how important it is.

All the indication changes, all the technology changes, the continued awareness and referrals continue to drive patient demand. With our ongoing strong patient outcomes, we are just one big reflection. We're just going to keep on growing the business and adopting during the adoption of Inspire therapy moving forward.

## Q - Shagun Singh {BIO 16859144 <GO>}

Great. That's a great place to stop. Thank you, so much for being here. Appreciate it.

## A - Tim Herbert {BIO 17556245 <GO>}

Awesome. Thank you very much.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*