# EXHIBIT 16

Equity Research



Price Target Change — November 7, 2023

**Med Tech - Diversified**

# Inspire Medical Systems, Inc. (INSP)
## INSP: Q3 Sales Miss — Mgmt Seemed Confident in Raised '23 Guidance

## Our Call

On 11/7, INSP reported Q3 sales below consensus due to impact from prior authorization slowdown. 2023 guidance raised despite Q3 miss and delay in silicone lead approval in the EU. Lower our PT to $245 (from $330) based on ~6.5x our 2025E rev.

**Q3 sales missed Street expectations.** Reported Q3 sales of $153.3MM (+40% yr/yr) missed Street's $154.5MM but beat our $149.4MM estimate. The shortfall was attributed to implant volume softness at the start of Q3 due to a decline in prior authorizations. While INSP believes the problem has been resolved, it was unable to fully recover from the soft volume at start of the quarter. US sales of $147.5MM came in ahead of our $145.5MM estimate while OUS sales of $5.8MM beat our $3.9MM estimate.

**INSP believes prior authorization (PA) issue resolved.** At the start of '23, INSP launched a pilot program to help implant centers to work more independently on PA. INSP only noted a slowdown in PA in early Q3, although the signs were probably there in Q2 w/ higher Medicare vs. commercial procedures. INSP has now contracted w/ a 3rd party to help w/ some of the PA work but is handling the complex ones in-house. Management believes the issue has been resolved based on PA rebound seen in latter Q3.

**Delay in silicone lead approval due to Euro MDR.** INSP is facing a supply constraint of its lead in Europe as approval of the new silicone lead has been delayed. Management confirmed that the initial 2023 guidance (from Feb) did not contemplate this delay, which is now expected to lower Q4 sales by $4MM as reflected in the new guidance. If INSP can get product derogation in markets like Germany, it may realize some of that $4MM in Q4. INSP hopes to get full approval in early 2024.

**Management sounded confident in 2023 guidance raise despite Q3 miss.** INSP raised its sales guidance from $600-$610MM to $608-$612MM, or by $5MM at the midpoint. Management believes that it has a handle on resolving the prior authorization challenge and was already seeing a volume rebound in Aug-Sep. The implied Q4 sales guide of $176-$180MM or 29% yr/yr brackets current consensus of $178MM. The missed prior authorization in the US and European supply constraints could come back in 4Q23 or 1Q24.

**Inspire V full market release now in 2025.** INSP has received questions back from the FDA and is preparing its response. The company plans to refile in early 2024 and management expressed confident in approval in 2024. Management expects a limited market release of Inspire V in 2H24 with full market rollout in 2025. This is a slight delay to our previous expectation of a full launch in 2024.

Equity Analyst(s)

**Larry Biegelsen**
Equity Analyst | Wells Fargo Securities, LLC
Lawrence.Biegelsen@wellsfargo.com | 212-214-8015

**Lei Huang**
Associate Equity Analyst | Wells Fargo Securities, LLC
Lei.Huang@wellsfargo.com | 212-214-8039

**Nathan Treybeck**
Equity Analyst | Wells Fargo Securities, LLC
Nathan.Treybeck@wellsfargo.com | 212-214-8042

**Charles Ellson**
Associate Equity Analyst | Wells Fargo Securities, LLC
Charles.Ellson@wellsfargo.com | 612-991-1511

**Vik Chopra**
Equity Analyst | Wells Fargo Securities, LLC
Vik.Chopra@wellsfargo.com | 212-214-8038

| Rating | Overweight |
|---|---|
| **Ticker** | **INSP** |
| **Price Target/Prior:** | **$245.00/$330.00** |
| **Upside/(Downside) to Target** | **51.5%** |
| **Price (11/07/2023)** | **$161.74** |
| 52 Week Range | $143.81 - 330.00 |
| Shares Outstanding | 29,335,731 |
| Market Cap (MM) | $4,745 |
| Enterprise Value (MM) | $4,293 |
| Average Daily Volume | 1,437,130 |
| Average Daily Value (MM) | $232 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $(451) |
| ROIC - Current year est. | NM |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 32% |

| $ EPS | 2022A | 2023E Curr. | 2023E Prior | 2024E Curr. | 2024E Prior |
|---|---|---|---|---|---|
| Q1 (Mar) | (0.61) A | (0.53) A | NC | - | NC |
| Q2 (Jun) | (0.53) A | (0.41) A | NC | - | NC |
| Q3 (Sep) | (0.60) A | (0.29) A | (0.79)E | - | NC |
| Q4 (Dec) | 0.10 A | (0.01) E | (0.24)E | - | NC |
| FY | (1.58) A | (1.24) E | (1.97)E | (1.09) E | (1.37)E |
| P/E | NM | NM | | NM | |

*3 Yr EPS CAGR from current year (unless otherwise noted): Represents 3 yr revenue CAGR Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 11/7/2023 unless otherwise stated. 11/7/2023 21:38:57EST. Please see page 5 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.

Med Tech - Diversified                                            Equity Research

# Wells Fargo Express Takeaways

**Inspire Medical Systems, Inc. (INSP) | Rating: Overweight | Price Target: $245.00**
**Analyst: Larry Biegelsen**

## Financials

| FY (Dec)<br>$ | 2022A | 2023E | 2024E |
|---|---|---|---|
| **ESTIMATES** | | | |
| **EPS** | | | |
| Q1 | (0.61) A | (0.53) A | - |
| Q2 | (0.53) A | (0.41) A | - |
| Q3 | (0.60) A | (0.29) A | - |
| Q4 | 0.10 A | (0.01) E | - |
| AN | (1.58) A | (1.24) E | (1.09) E |
| **Rev. (MM)** | 407.8 A | 610.1 E | 780.6 E |
| **EBIT (MM)** | (47.7) A | (55.0) E | (51.1) E |
| **EBITDA (MM)** | (45.8) A | (52.1) E | (47.2) E |
| **FCF (MM)** | 2.5 A | (6.0) E | 22.6 E |
| | | | |
| **WELLS FARGO vs. CONSENSUS** | | | |
| Consensus Estimate | - | (1.75) E | (0.63) E |
| Difference from Consensus | | (29.5)% | 73.6% |
| | | | |
| **VALUATION** | | | |
| P/E | NM | NM | NM |
| EV/Revenue | 10.5x | 7.0x | 5.5x |
| EV/EBIT | NM | NM | NM |
| EV/EBITDA | NM | NM | NM |
| EV/FCF | NM | NM | NM |
| FCF Yield | 0.0% | NM | 0.3% |

*Consensus Estimate: Consensus EPS Estimate; Source: FactSet*
*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, NE = No Estimate*

## Investment Thesis

Our Overweight rating reflects our expectation that Inspire will continue its robust revenue growth momentum, driven by uptake of the Inspire system with continued expansion of the salesforce and improved payor coverage.

### Risk vs. Reward – Upside/Downside Price Target Scenarios



*As of 11/07/23*
*Source: Wells Fargo Securities, LLC estimates and Refinitiv.*

### Base Case | $245.00
- $245 price target based on ~6.5x our 2025 revenue estimate.
- 6.5x multiple represents a premium to peers, which we see as appropriate given INSP's growth outlook

### Upside Scenario | $293.00
- Upside price target of $293 based on ~7x our upside 2025 revenue estimate of $1.04B.
- Potential upside from acceleration in adoption of Inspire procedures and further TAM expansion.

### Downside Scenario | $161.00
- Downside price target of $161 based on ~4.5x our downside 2025 revenue estimate of $852MM.
- Potential downside from deceleration in overall market growth and limited market access.
- Further TAM expansion slowed/limited by significant reimbursement hurdle.

### Upcoming Catalysts
- Clearance of new silicone leaders under Euro MDR (early 2024)
- Data from full 600 patients in PREDICTOR study (2024) - potential to eliminate DISE
- Refiling of Inspire V in response to FDA questions (early 2024) followed by FDA approval (2024)
- Inspire V limited market release (2H24)
- New physician remote programmer (2024)
- Update insurance coverage for Inspire to increase AHI and BMI (2024)

### Company Description
Inspire is a medical technology company focused on developing minimally invasive treatment for sleep disorders.

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.

Inspire Medical Systems, Inc.                                                                                    Equity Research

## Financials

**Inspire Medical Systems, Inc.**

**Income Statement**

*(in millions except per share)*

| | 2018A | 2019A | 2020A | 2021A | 1Q22A | 2Q22A | 3Q22A | 4Q22A | 2022A | 1Q23A | 2Q23A | 3Q23A | 4Q23E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 46.7 | 73.7 | 106.0 | 221.1 | 66.4 | 87.9 | 106.3 | 134.3 | 394.8 | 124.5 | 144.7 | 147.5 | 173.0 | 589.8 | 755.3 | 914.9 |
| OUS | | 8.3 | 9.3 | 12.4 | 3.0 | 3.5 | 2.9 | 3.6 | 12.9 | 3.4 | 6.3 | 5.8 | 4.8 | 20.3 | 25.3 | 31.6 |
| **Total Revenue** | **$46.7** | **$82.0** | **$115.3** | **$233.5** | **$69.3** | **$91.3** | **$109.2** | **$137.9** | **$407.8** | **$127.9** | **$151.1** | **$153.3** | **$177.8** | **$610.1** | **$780.6** | **$946.6** |
| | | | | | | | | | | | | | | | | |
| COGS | 10.1 | 13.6 | 17.6 | 33.3 | 10.0 | 14.2 | 19.8 | 22.2 | 66.1 | 19.9 | 24.3 | 24.4 | 27.7 | 96.2 | 121.4 | 146.7 |
| **Gross Profit** | **36.7** | **68.4** | **97.7** | **200.2** | **59.3** | **77.2** | **89.4** | **115.7** | **341.7** | **108.0** | **126.8** | **128.9** | **150.2** | **513.9** | **659.2** | **799.8** |
| | | | | | | | | | | | | | | | | |
| SG&A | 53.5 | 90.5 | 127.9 | 202.6 | 63.6 | 76.7 | 85.6 | 94.8 | 320.7 | 102.0 | 112.6 | 113.2 | 123.6 | 451.4 | 567.9 | 676.8 |
| R&D | 7.4 | 12.8 | 26.1 | 37.4 | 11.9 | 14.5 | 21.0 | 21.2 | 68.6 | 25.5 | 30.8 | 29.1 | 32.0 | 117.5 | 142.5 | 163.3 |
| Total OpEx | 60.9 | 103.3 | 154.0 | 240.0 | 75.4 | 91.2 | 106.6 | 116.1 | 389.3 | 127.5 | 143.4 | 142.4 | 155.6 | 568.9 | 710.3 | 840.1 |
| Q/Q chg | | | | | 6.4 | 15.8 | 15.4 | 9.5 | | 11.4 | 15.9 | (1.0) | 13.2 | | | |
| | | | | | | | | | | | | | | | | |
| **Operating Inc (loss)** | **(24.2)** | **(34.9)** | **(56.3)** | **(39.8)** | **(16.1)** | **(14.1)** | **(17.2)** | **(0.3)** | **(47.7)** | **(19.5)** | **(16.6)** | **(13.5)** | **(5.4)** | **(55.0)** | **(51.1)** | **(40.2)** |
| Other exp (Inc) | 1.5 | (1.8) | 0.9 | 2.1 | 0.5 | 0.3 | (0.6) | (3.6) | (3.3) | (4.3) | (4.9) | (5.3) | (5.5) | (19.9) | (20.0) | (21.0) |
| Pretax income (Loss) | (25.7) | (33.1) | (57.1) | (41.9) | (16.6) | (14.4) | (16.6) | 3.3 | (44.4) | (15.2) | (11.7) | (8.2) | 0.0 | (35.1) | (31.1) | (19.2) |
| Tax expense | | 0.0 | 0.1 | 0.0 | 0.1 | 0.1 | 0.2 | 0.1 | 0.6 | 0.2 | 0.2 | 0.3 | 0.3 | 1.1 | 1.0 | 1.0 |
| **Net income (loss)** | **($25.7)** | **($33.1)** | **($57.2)** | **($41.9)** | **($16.7)** | **($14.6)** | **($16.8)** | **$3.2** | **($45.0)** | **($15.4)** | **($12.0)** | **($8.5)** | **($0.3)** | **($36.2)** | **($32.1)** | **($20.2)** |
| | | | | | | | | | | | | | | | | |
| EPS | ($1.20) | ($1.39) | ($2.20) | ($1.54) | ($0.61) | ($0.53) | ($0.60) | $0.10 | ($1.58) | ($0.53) | ($0.41) | ($0.29) | ($0.01) | ($1.24) | ($1.09) | ($0.68) |
| Avg Share Count (Pro Forma) | 21.46 | 23.80 | 26.07 | 27.26 | 27.52 | 27.59 | 28.23 | 30.21 | 28.39 | 29.09 | 29.23 | 29.37 | 29.47 | 29.29 | 29.54 | 29.79 |
| | | | | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | | |
| Gross Margin | 78.5% | 83.4% | 84.7% | 85.7% | 85.6% | 84.5% | 81.9% | 83.9% | 83.8% | 84.5% | 83.9% | 84.1% | 84.5% | 84.2% | 84.5% | 84.5% |
| G&A % of Sales | 16.6% | 16.1% | 12.8% | 9.2% | 9.7% | 8.8% | 8.7% | 7.3% | 8.4% | 8.6% | 8.6% | 8.5% | 8.0% | 8.4% | 8.0% | 7.8% |
| Sales & Mkt % of Sales | 97.9% | 94.1% | 98.1% | 77.6% | 81.9% | 75.2% | 69.7% | 61.5% | 70.2% | 71.1% | 65.9% | 65.4% | 61.5% | 65.6% | 64.8% | 63.8% |
| R&D % of Sales | 15.8% | 15.6% | 22.6% | 16.0% | 17.1% | 15.9% | 19.2% | 15.4% | 16.8% | 20.0% | 20.4% | 19.0% | 18.0% | 19.3% | 18.3% | 17.3% |
| Operating Margin | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m |
| Pretax Margin | n/m | n/m | n/m | n/m | n/m | n/m | n/m | 2.4% | n/m | n/m | n/m | n/m | 0.0% | n/m | n/m | n/m |
| Tax Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Net Margin | n/m | n/m | n/m | n/m | n/m | n/m | n/m | 2.3% | n/m | n/m | n/m | n/m | n/m | n/m | n/m | n/m |
| | | | | | | | | | | | | | | | | |
| **Yr/Yr Growth** | | | | | | | | | | | | | | | | |
| Revenue | 64% | 76% | 41% | 102% | 72% | 72% | 77% | 76% | 75% | 84% | 65% | 40% | 29% | 50% | 28% | 21% |
| Gross Profit | 63% | 86% | 43% | 105% | 73% | 70% | 68% | 72% | 71% | 82% | 64% | 44% | 30% | 50% | 28% | 21% |
| G&A | 104% | 71% | 11% | 46% | 69% | 60% | 58% | 54% | 59% | 63% | 63% | 37% | 42% | 50% | 22% | 17% |
| Sales & Mkt | 60% | 69% | 47% | 60% | 50% | 57% | 61% | 62% | 58% | 60% | 45% | 32% | 29% | 40% | 26% | 19% |
| R&D | 19% | 74% | 103% | 43% | 46% | 56% | 118% | 106% | 84% | 115% | 112% | 39% | 51% | 71% | 21% | 15% |
| Total OpEx | 58% | 70% | 49% | 56% | 51% | 57% | 70% | 68% | 62% | 69% | 57% | 34% | 34% | 46% | 25% | 18% |

Source: Company reports; Wells Fargo Securities, LLC estimates

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.

Med Tech - Diversified

Equity Research

## Investment Thesis, Valuation and Risks

**Inspire Medical Systems, Inc. (INSP)**
**Investment Thesis**
Our Overweight rating reflects our expectation that Inspire will continue its robust revenue growth momentum, driven by uptake of the Inspire system with continued expansion of the salesforce and improved payor coverage.
**Target Price Valuation for INSP: $245.00 from $330.00**
- $245 price target based on ~6.5x our 2025 revenue estimate.
- 6.5x multiple represents a premium to peers, which we see as appropriate given INSP's growth outlook

**Risks to Our Price Target and Rating for INSP**
Risks to our rating include slower commercial ramp-up, slower market growth, more limited market access, unexpected new competition and significant pipeline delays

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.

Inspire Medical Systems, Inc.                                                                    Equity Research

# Required Disclosures

I, Larry Biegelsen, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

# Additional Information Available Upon Request



**Inspire Medical Systems, Inc. Rating History as of 11-06-2023**

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, maintains a market in the common stock of Inspire Medical Systems, Inc..

Wells Fargo Securities, LLC, or its affiliates has a significant financial interest in Inspire Medical Systems, Inc..

**STOCK RATING**

**OW=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**EW=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**UW=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**NR=Not Rated**: The rating and price target has been removed due to lack of fundamental basis to support the recommendation or due to legal, regulatory or company policy considerations.

**As of November 6, 2023**
48.9% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
43.5% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
7.6% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 31.7% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 29.4% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 26.8% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.

Equity Research

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Canadian Investment Regulatory Organization (CIRO) and, Member – Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should seek professional advice, including tax advice, to determine whether any advice or recommendation in the attached research report is suitable for their particular circumstances. The information in this report is provided as of the date of the report and has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.

Inspire Medical Systems, Inc.

across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. Copyright © 2023 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for ezgiyagci@inspiresleep.com and should not be distributed further.