# EXHIBIT 18

# TRUIST HH

# Truist Securities

Please don't forward - Exclusive use: ezgiyagci@inspiresleep.com

Equity Research Report

November 8, 2023

## HEALTHCARE: Neuromodulation

**Richard Newitter**
212-319-5883
Richard.Newitter@truist.com

**Samuel Brodovsky**
212-319-3916
Samuel.Brodovsky@truist.com

Lin Zhang, CFA
212-590-0973
Lin.Zhang@truist.com

| | |
|---|---|
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$240.00** |
| | ↓ |
| | *from* |
| | *$260.00* |

| | |
|---|---|
| TR to Target | 48.4% |
| Price (Nov. 7, 2023) | $161.74 |
| 52-Wk Range | $326.08-$145.84 |
| Market Cap ($M) | $4,750 |
| ADTV | 476,073 |
| Shares Out (M) | 29 |
| Short Interest Ratio/% Of Float | 4.1% |
| Enterprise Value ($M) | $4,285 |
| Cash & Equivalents ($M) | $464 |
| Total Debt ($M) | $0 |

7 Page Document

## Reasons for this report

✓ EPS Recap Report
✓ Updating Estimates and PT

# Inspire Medical Systems, Inc. (INSP)

Some Self-Inflicted 3Q Wounds But No Chng to Thesis, TAM, or LT Trajectory

**We expect INSP's US 3Q rev (+39% y/y) shortfall to cause stock pressure (down 15% post-mkt), but there is no change to our Buy thesis and we continue to see INSP as well-positioned in a significantly underpenetrated $10B+ US oppty**. Some procedures were delayed (b/w 3Q to 4Q) due to a (self-inflicted) prior authorization issue that impacted volumes in July; however, mgmt. quickly took action that drove a late in the qtr rebound w/ rising 4Q momentum, and the full-year rev outlook actually increased slightly despite also having to absorb an incremental $4M int'l rev headwind in 4Q. Out PT goes to $240 vs. $260 on lower Int'l rev.

- Admittedly, this was not the ideal qtr to have an unexpected (albeit we believe transient) execution item given a squeamish MedTech tape and GLP1 concerns in the backdrop. But If shares were to approach the post-market action levels, this would reflect a 4x '24 EV/Sales and '3.5x 2025 EV/Sales for a 40% rev grower with a significant TAM and mid-80% GM. **While the GLP1 overhang won't lift overnight, and it might not be until we get through Surmount OSA data in mid-2024 to move past the GLP1 cloud, we continue to believe INSP represents one of the more dislocated assets experiencing a GLP1-driven valuation decline.** Our analysis [HERE] of potential GLP1 impact to the TAM, even under conservative scenarios suggests a still significant TAM to target and even if there were to be some spillage out of the bottom of the funnel at some point this should be compensated at the top of the funnel by ineligible pts that potentially come into the channel from lower BMI.

**As for the controversy this quarter, there were two Items of focus:**

- **(1) a pilot program implemented early in the year that ultimately put the burden of pre-authorization submissions more into customer hands and had the (unanticipated) result of slowing private insurance prior-auth submissions in the July timeframe.**
  - ○ A pilot program, designed to minimize customers' involvement with pre-authorization process, negatively impacted procedure volume in the early part of the quarter (i.e. July), as a significant number of customers in the program had challenges with pre-authorization submission process. During 2Q mgmt. had noticed a mix shift towards Medicare vs. private pay and wasn't entirely sure of the cause (this was called out on the 2Q call). In addition to accelerating Medicare trends, mgmt also began to realize there was a consistent slowdown in prior authorization submissions occurring as well moving through the year into the summer months. Immediately mgmt. started working with field and pre-authorization teams, as well as healthcare providers to facilitate timely and accurate submission. Since then, the number of pre-authorization submissions improved throughout the quarter and into early 4Q. Mgmt. is confident in bringing those customers back to a normal pre-authorization process in 4Q.
  - ○ **We would note a few items on this matter**:
    - ■ **this is a pre-authorization submission issue, NOT an insurer pushback issue**. In other words it's something under mgmt.'s control to fix and mgmt. assured us that

| Revenue ($M) | 2022A | 2023E | | | 2024E | | |
|---|---|---|---|---|---|---|---|
| FYE Dec | | New | Old | Cons | New | Old | Cons |
| Q1 | $69 | $128 | -- | $128 | $158 | *$171* | $128 |
| Q2 | $91 | $151 | -- | $151 | $180 | *$200* | $151 |
| Q3 | $109 | $153 | *$151* | $154 | $209 | *$210* | $154 |
| Q4 | $138 | $175 | *$181* | $177 | $244 | *$225* | $177 |
| Year | $408 | $608 | *$611* | $610 | $791 | *$806* | $610 |
| EV/Sales | 10.5x | 7.1x | | | 5.4x | | |

SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION

prior authorizations are back to normal levels and this should not be a problem going forward.

- **This was an unintended consequence of some sales force incentive changes made at the beginning of 2023, but very fixable and now corrected**. Mgmt. had implemented sales force incentive changes early in the year to re-allocate rep resources away from prior-authorization assistance at accounts to other bottleneck areas---rationale being that reimbursement headwinds had eased considerably with the implementation of coding & coverage in 2021-2022, and now mgmt. could focus on other bottlenecks to increase capacity.

- **Our checks over the last few months give us high confidence there is zero issue with the demand side of the equation**. ENTs continue to emphasize increasing demand from DTC and that interest for Inspire continues to push record levels. Thus our checks give us strong reason to believe mgmt. that demand remains robust and that investors should take mgmt. at their word that this was purely a transient (identified and discrete) item, and not a more durable break in trend in the business or demand curve. **This is one of the more trustworthy and competitive execution-oriented mgmt. teams in our universe and we think they deserve the benefit of the doubt.**

- **(2) Delayed MDR approval of silicon leads in Europe**
  - INSP's intl business faced inventory supply issues of polyurethane based leads in the quarter, as lack of EU MDR holds back shipping of new silicon-based leads. By way of background, INSP applied for Europe MDR approval of its new silicon based leads in December 2021, but an industry-wide backlog has created an unexpected delay. Mgmt. now expects EU MDR approval by early 2024, and is pursuing a temporary country-specific approval pathway (called product derogation) in order to ship the silicon leads ahead of MDR approval. The company received derogation in the Netherlands and has begun delivery there. The derogation application has also been initiated in Germany, Belgium, and Switzerland. Mgmt. expects the delay of approval will result in a revenue reduction of up to $4M in 4Q. and some incremental OUS headwinds carrying into 1H24. **We reduced our 4Q23-2024 OUS rev forecasts accordingly** to $0.8M in 4Q23, $16.2M in 2023E, and $13M in 2024E, respectively.
  - This issue on its own is not a concern and explainable. We don't think this is a major event; nonetheless it added an extra complicating factor this qtr.

- **Positive EBITDA upside surprise will get overshadowed by the slight 3Q rev shortfall (-1% vs. CNS) as disruptions in pre-authorization submission weighed on procedure volume.** The company reported 3Q rev of $153.3M, falling short of CNS of $154.6M by ~1% or ~$1.3M. US rev of $147.5M (+39% YY) came in below CNS of $149.9M, while International rev of $5.8M (+99% Y/Y on a reported basis) comfortably beat the CNS estimate of $4.7M. New centers also topped estimates at 62 during 3Q. This brings the total # to 1,107 centers in the US (a touch higher than CNS est. of 1,101). In addition, 13 new US territories were added, bringing total # to 274 territories. Down the P&L, GM of 84.1% was roughly in line with CNS of 84.2%. OpEx came in at $142.4M, below CNS est. of $149.7M reflecting continued operating leverage. Adj. EPS came in at ($0.29), beating CNS at ($0.54). **Adj. EBITDA exceeds CNS ($6.6M vs. -$1M),** an improvement over the $5.6M seen in 2Q. While the company continues to increase spending, mgmt. expects op leverage to continue to improve in 4Q aided by normal seasonality. We model EBITDA of $10.8M in 4Q, and $22.4 for full-year '23E. We project this to increase to $69.8M in 2024.

- **2023 guidance raised by $5M at the midpoint and the y/y rev growth outlook now calls for +49%-50% (vs. 45-50% prior)**. Mgmt. is confident that pre-authorization submissions have returned to normal levels in 4Q. This, along with elevated end market demand, provided mgmt. confidence in raising the full year rev guide even though $4M of Int'l rev now comes out of 4Q. The new range reflects $608-612M vs. $600-610M, previously. Importantly, though, the updated guide contemplates a ~$4M Int'l rev headwind from the delayed MDR approval in Europe. So essentially mgmt. absorbed that with a raised US outlook. **Our sense is that the implied 4Q guide probably represents a more realistic (and highly achievable) outlook as the company likely ate into some of its embedded "cushion" with these other moving parts this qtr. But we think this mgmt. team always provided guidance it could achieve or exceed so we think mgmt. was thoughtful about the outlook and we don't see risk to numbers**. Guidance continues to assume the 52-56 new center adds per qtr and 12-14 new US sales territories per qtr for the remainder of the year. This also likely could prove conservative considering the company just delivered 62 new centers and 13 new sales territories in 3Q. GM guidance was reiterated at 83-85%.

- **Weight loss drugs remain top of mind for investors and mgmt. reiterated its view that Inspire Therapy & these therapeutics should be complementary.** Consistent with INSP mgmt.'s previous stance on this matter, the company re-emphasized that these drugs could ultimately help increase the number of pts eligible for Inspire Therapy. Recall, lateral wall collapse (~30% of OSA pts) is a contra-indication for Inspire currently, which tends to be more highly correlated in higher BMI populations. Weight loss could in fact help decrease lateral wall collapse and make certain pts that were previously contraindicated eligible for the procedure. There could be some pts who have lateral wall collapse only (and no tongue-based obstruction) that ultimately "fall out" of the funnel, but the vast majority of OSA pts who have lateral wall collapse also have structural tongue-based obstruction too. The net should still be TAM expansive in mgmt.'s view. We would also note: (1) it's unclear how sustainably pts will be tolerant or compliant with drugs, as OSA is a chronic condition, and (2) ultimately, while weight loss alone can help lessen OSA severity, it's unlikely to cure OSA. Ultimately, weight loss doesn't address anterio-posterior tongue movement (i.e. backward tongue collapse), the type of OSA that Inspire is indicated to treat. **Our analysis ([HERE](#)) indicates that incremental pts coming into the TAM (i.e. top of the funnel - newly operable pts with lower BMI) plus new indication expansions (Pediatric Down's, higher AHI) will help compensate for those that might fall out (of the bottom), keeping the net TAM relatively little changed even in a more conservative scenario (i.e. if weight loss improves OSA enough at lower AHI/ BMI levels causing pts fall out of the TAM).**

- **Inspire V remains on track for approval in 2024, with a controlled ("soft") market release expected in 2H24 and a full commercial launch anticipated by early 2025.** The company submitted the Inspire V PMA supplement in late 2Q, and has received the initial set of questions from the FDA. As mentioned last quarter, a pilot study is planned post-approval to ensure a smooth integration with the SleepSync system and a new remote. Over time, Inspire V is expected to evolve into a platform device that will enable firmware

**Truist Securities**

upgrades to Inspire VI and beyond, allowing further product enhancements to be added. This represents a slight push out vs. prior communicated timelines by about 1-2 qtrs, but nothing material in our view.

- **Model Updates.** We now forecast 2023E rev/EPS of $608M/($1.44) vs. $611M/($1.47) prior & CNS of $612M/($1.66). We now forecast our 2024E rev/EPS to $791M/($0.51) vs $806.4M/($0.37) prior and CNS of $785M/($0.57).

- **Our PT goes to $240 (vs. $260) as we assume INSP can trade at ~8x EV/Sales on our now lower $791M '24E rev**. Our PT decreased due to a lower '24E rev assumption reflecting some pushout due to EU MDR related inventory and a 0.5x lower multiple. A ~8x EV/Sales would represent a premium to INSP's high growth peer group 2024 EV/sales average of ~5.5x, which we think is warranted given INSP's faster rev growth and above-avg. GM profile. We'd note that peers at the upper-end of INSP's comp set range trade as high as 8-11x, and we think INSP deserves a 1-yr forward multiple more towards the mid-to-upper-end of its peers' range given above-avg. growth/GM and a large underpenetrated TAM.

**Truist Securities**

INSP-US

**TRUIST** **Truist Securities**

Richard Newitter
Phone: 212.319.5883
Email: Richard.Newitter@Truist.com

**INSPIRE MEDICAL SYSTEMS, INC.**
Income Statement Model

Last Updated: 11/8/2023
*"Required Disclosures" are on the last tab of the workbook*

| $M, except per share data | 2019 | 2020 | 2021 | 2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23E | 2023E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United States | $73.66 | $106.11 | $221.02 | $394.88 | $124.50 | $144.70 | $147.50 | $174.72 | $591.42 | $157.38 | $177.56 | $204.47 | $238.68 | $778.09 | $928.04 |
| YoY % | 66.0% | 44.1% | 108.3% | 78.7% | 87.6% | 64.6% | 38.8% | 30.1% | 49.8% | 26.4% | 22.7% | 38.6% | 36.6% | 31.6% | 19.3% |
| International | $8.39 | $9.27 | $12.37 | $12.99 | $3.40 | $6.30 | $5.80 | $0.74 | $16.24 | $1.08 | $2.50 | $4.03 | $5.39 | $13.00 | $26.41 |
| YoY % | 35.0% | 10.5% | 33.4% | 4.9% | 13.3% | 80.7% | 100.0% | (79.4%) | 25.1% | (68.1%) | (60.3%) | (30.5%) | 625.8% | (20.0%) | 103.1% |
| **Total Revenues** | **$82.05** | **$115.38** | **$233.39** | **$407.86** | **$127.90** | **$151.09** | **$153.30** | **$175.46** | **$607.75** | **$158.47** | **$180.06** | **$208.50** | **$244.07** | **$791.09** | **$954.45** |
| Cost of net revenues | $13.64 | $17.62 | $33.28 | $66.12 | $19.89 | $24.25 | $24.38 | $27.20 | $95.72 | $25.35 | $28.81 | $33.36 | $39.05 | $126.57 | $152.71 |
| **Gross Profit** | **$68.41** | **$97.76** | **$200.12** | **$341.74** | **$108.01** | **$126.84** | **$128.92** | **$148.26** | **$512.03** | **$133.11** | **$151.25** | **$175.14** | **$205.02** | **$664.52** | **$801.74** |
| Research & Development | 12.84 | 26.09 | 37.35 | 68.65 | 25.52 | 30.82 | 29.14 | 33.34 | 118.82 | 26.94 | 27.01 | 27.11 | 26.85 | 107.90 | 130.81 |
| SG&A | 90.47 | 127.87 | 202.62 | 320.69 | 101.99 | 112.62 | 113.25 | 126.33 | 454.19 | 128.36 | 142.24 | 152.21 | 170.85 | 593.66 | 718.37 |
| **Total Operating Expenses** | **$103.30** | **$153.97** | **$239.97** | **$389.33** | **$127.51** | **$143.44** | **$142.39** | **$159.67** | **$573.01** | **$155.30** | **$169.25** | **$179.31** | **$197.69** | **$701.56** | **$849.18** |
| **Operating Income (Loss)** | **($34.90)** | **($56.21)** | **($39.85)** | **($47.59)** | **($19.50)** | **($16.60)** | **($13.47)** | **($11.40)** | **($60.97)** | **($22.19)** | **($18.01)** | **($4.17)** | **$7.32** | **($37.04)** | **($47.44)** |
| Interest Income | (3.80) | (1.09) | (0.13) | (5.05) | (4.27) | (4.92) | (5.50) | (5.55) | (20.24) | (6.00) | (6.00) | (6.00) | (6.00) | (24.00) | (24.00) |
| Interest expense | 2.12 | 2.12 | 2.13 | 1.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income (Expense), net | (0.01) | (0.15) | 0.12 | 0.05 | (0.02) | 0.06 | 0.22 | 0.25 | 0.52 | 0.27 | 0.27 | 0.27 | 0.27 | 1.08 | 1.08 |
| **Pretax Income** | **($33.20)** | **($57.09)** | **($41.97)** | **($44.27)** | **($15.208)** | **($11.738)** | **($8.20)** | **($6.11)** | **($41.25)** | **($16.46)** | **($12.28)** | **$1.56** | **$13.05** | **($14.12)** | **($24.52)** |
| Income taxes | 0.04 | 0.12 | 0.07 | 0.61 | 0.22 | 0.21 | 0.34 | 0.24 | 1.01 | 0.25 | 0.18 | -0.02 | 0.65 | 1.06 | 1.29 |
| Tax Rate | -0.1% | -0.2% | -0.2% | -1.4% | -1.4% | -1.8% | -4.1% | -4.0% | -2.5% | -1.5% | -1.5% | -1.5% | 5.0% | -7.5% | -5.3% |
| **Net Income** | **($33.24)** | **($57.20)** | **($42.04)** | **($44.88)** | **($15.42)** | **($11.95)** | **($8.54)** | **($6.35)** | **($42.27)** | **($16.70)** | **($12.46)** | **$1.58** | **$12.40** | **($15.18)** | **($25.81)** |
| Unrealized gain on investments | 0.15 | (0.07) | (0.08) | 0.07 | 0.12 | 0.07 | (0.06) | (0.06) | 0.07 | (0.06) | (0.06) | (0.06) | (0.06) | (0.24) | (0.24) |
| Total comprehensive loss | ($33.09) | ($57.28) | ($42.13) | ($44.81) | ($15.306) | ($11.881) | ($8.60) | ($6.41) | ($42.19) | ($16.76) | ($12.52) | $1.52 | $12.34 | ($15.42) | ($26.05) |
| **Diluted EPS** | **($1.40)** | **($2.21)** | **($1.54)** | **($1.62)** | **($0.53)** | **($0.41)** | **($0.29)** | **($0.21)** | **($1.44)** | **($0.56)** | **($0.42)** | **$0.05** | **$0.41** | **($0.51)** | **($0.85)** |
| Common Shares | 23.801 | 26.069 | 27.262 | 28.387 | 29.090 | 29.230 | 29.366 | 29.600 | 29.321 | 29.750 | 29.900 | 30.050 | 30.200 | 29.975 | 30.375 |
| Depreciation & Amortization | 0.495 | 0.840 | 1.218 | 1.858 | 0.600 | 0.659 | 0.600 | 0.795 | 2.654 | 4.214 | 1.332 | 1.865 | 2.434 | 9.845 | 5.667 |
| Adjusted EBITDA (Incl. SBC) | ($34.40) | ($55.37) | ($38.63) | ($45.73) | ($18.90) | ($15.94) | ($12.87) | ($10.61) | ($58.32) | ($17.97) | ($16.67) | ($2.31) | $9.76 | ($27.19) | ($41.78) |
| Stock-based compensation | $6.20 | $12.82 | $26.18 | $51.97 | $18.23 | $21.57 | $19.48 | $21.43 | $80.70 | $22.50 | $23.62 | $24.81 | $26.05 | $96.98 | $111.52 |
| **Adjusted EBITDA (Excl. SBC)** | **($28.21)** | **($42.55)** | **($12.45)** | **$6.24** | **($0.67)** | **$5.63** | **$6.61** | **$10.82** | **$22.38** | **$4.53** | **$6.95** | **$22.50** | **$35.80** | **$69.78** | **$69.75** |

| Expense and Margin Analysis (% of sales) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 16.6% | 15.3% | 14.3% | 16.2% | 15.6% | 16.1% | 15.9% | 15.5% | 15.7% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| **Gross Margin** | **83.4%** | **84.7%** | **85.7%** | **83.8%** | **84.4%** | **83.9%** | **84.1%** | **84.5%** | **84.3%** | **84.0%** | **84.0%** | **84.0%** | **84.0%** | **84.0%** | **84.0%** |
| Research & Development | 15.6% | 22.6% | 16.0% | 16.8% | 20.0% | 20.4% | 19.0% | 19.0% | 19.6% | 17.0% | 15.0% | 13.0% | 11.0% | 13.6% | 13.7% |
| SG&A | 110.3% | 110.8% | 86.8% | 78.6% | 79.7% | 74.5% | 73.9% | 72.0% | 74.7% | 81.0% | 79.0% | 73.0% | 70.0% | 75.0% | 75.3% |
| Total Operating Expenses | 125.9% | 133.4% | 102.8% | 95.5% | 99.7% | 94.9% | 92.9% | 91.0% | 94.3% | 98.0% | 94.0% | 86.0% | 81.0% | 88.7% | 89.0% |
| **Operating Margin** | **-42.5%** | **-48.7%** | **-17.1%** | **-11.7%** | **-15.2%** | **-11.0%** | **-8.8%** | **-6.5%** | **-10.0%** | **-14.0%** | **-10.0%** | **-2.0%** | **3.0%** | **-4.7%** | **-5.0%** |
| Adj. EBITDA Margin (Incl. SBC) | -41.9% | -48.0% | -16.6% | -11.2% | -14.8% | -10.5% | -8.4% | -6.0% | -9.6% | -11.3% | -9.3% | -1.1% | 4.0% | -3.4% | -4.4% |
| **Adj. EBITDA Margin (Excl. SBC)** | **-34.4%** | **-36.9%** | **-5.3%** | **1.5%** | **-0.5%** | **3.7%** | **4.3%** | **6.2%** | **3.7%** | **2.9%** | **3.9%** | **10.8%** | **14.7%** | **8.8%** | **7.3%** |
| Net Margin | -40.5% | -49.6% | -18.0% | -11.0% | -12.1% | -7.9% | -5.6% | -3.6% | -7.0% | -10.5% | -6.9% | 0.8% | 5.1% | -1.9% | -2.7% |

| Sales, Profit, Expense Growth Analysis (% yr/yr) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue - Reported** | | **62.2%** | **40.6%** | **102.3%** | **74.7%** | **84.3%** | **65.3%** | **40.4%** | **27.2%** | **49.0%** | **23.9%** | **19.2%** | **36.0%** | **39.1%** | **30.2%** | **20.6%** |
| Cost of Revenue | | 35.7% | 29.2% | 88.8% | 98.7% | 98.8% | 71.1% | 23.2% | 22.8% | 44.8% | 27.5% | 18.8% | 36.8% | 43.6% | 32.2% | 20.6% |
| **Gross Profit** | | **68.8%** | **42.9%** | **104.7%** | **70.8%** | **81.9%** | **64.3%** | **44.2%** | **28.1%** | **49.8%** | **23.2%** | **19.2%** | **35.9%** | **38.3%** | **29.8%** | **20.6%** |
| Research and Development | | 69.0% | 41.4% | 58.4% | 58.3% | 115.0% | 112.1% | 38.8% | 56.9% | 41.6% | 5.6% | -12.4% | -7.0% | -19.5% | -9.2% | 21.2% |
| SG&A | | 73.8% | 103.2% | 43.1% | 83.8% | 60.4% | 46.9% | 32.3% | 33.2% | 73.1% | 25.9% | 26.3% | 34.4% | 35.2% | 30.7% | 21.0% |
| Total Operating Expenses | | 69.6% | 49.0% | 55.9% | 62.2% | 69.0% | 57.2% | 33.6% | 37.5% | 47.2% | 21.8% | 18.0% | 25.9% | 23.8% | 22.4% | 21.0% |
| **Operating Income (Loss)** | | **71.2%** | **61.1%** | **-29.1%** | **19.4%** | **21.4%** | **18.5%** | **-21.7%** | **3304.5%** | **28.1%** | **13.8%** | **8.5%** | **-69.0%** | **-164.2%** | **-39.3%** | **28.1%** |
| **EBITDA** | | **72.1%** | **60.9%** | **-30.2%** | **18.4%** | **20.4%** | **16.8%** | **-22.8%** | **-3696.6%** | **27.5%** | **-4.9%** | **4.6%** | **-82.1%** | **-192.0%** | **-53.4%** | **53.6%** |
| Pretax Income | | 52.1% | 71.9% | -26.5% | 5.5% | -8.4% | -18.2% | -50.6% | -286.4% | -6.8% | 8.2% | 4.6% | -119.0% | -313.8% | -65.8% | 73.7% |
| Net Income | | 52.3% | 72.1% | -26.5% | 6.8% | -7.6% | -17.5% | -49.3% | -301.6% | -5.8% | 8.3% | 4.2% | -118.5% | -295.3% | -64.1% | 70.0% |
| **EPS** | | **-76.4%** | **58.6%** | **-30.3%** | **5.2%** | **-12.6%** | **-22.1%** | **-51.3%** | **-305.7%** | **-11.1%** | **5.9%** | **1.9%** | **-118.1%** | **-291.4%** | **-64.4%** | **65.0%** |

*Source: Company Documents, Truist Securities Estimates*

**Truist Securities**

## Company Description

Inspire Medical Systems is a medical device company focused on the treatment of patients with obstructive sleep apnea (OSA). Inspire's closed loop, hypoglossal nerve stimulation device, which received PMA approval in the US in 2014 and has been commercially available in Europe since 2011, offers patients a safe and effective treatment option, that is less invasive than existing external therapies (CPAP) as well as more invasive surgical treatment options such as UPPP, MMA, and tongue reduction surgery. The Inspire therapy stimulates the hypoglossal nerve to maintain an open airway and is indicated for patients with moderate to severe OSA who do not have significant central sleep apnea, nor complete concentric collapse of the airway. The therapy has been commercially available in CE marked countries since 2011 and received approval in Japan in 2018.

## Investment Thesis

We view INSP as one of the cleanest, durable 30%+ rev growth stories in MedTech, and boasting an 80%+ GM profile. The company was 1st-to-market with its closed loop hypoglossal nerve stimulation device (Inspire Therapy) to treat patients with obstructive sleep apnea (OSA), who fail or cannot tolerate CPAP, and looking for alternatives to invasive surgical approaches. INSP is at a reimbursement tipping point in our view, marking the end of a multi-year period – leading up to 2020 – where reimbursement frictions had hindered adoption. Now with more supportive & dedicated reimbursement in place, and even more so in the ASC space (which puts upwards bias on utilization), we think INSP can roughly double sales over the next ~2-years ('22-'24E). While competition is coming, we expect that INSP should continue to have the large & underpenetrated $10B US market opportunity almost entirely to itself for the next 2-3 years at least. We rate shares of INSP Buy.

## Valuation and Risks

Our $240 PT assumes INSP can trade at ~8x EV/Sales on our $791M '24E rev. A ~8x EV/Sales would represent a premium to INSP's high growth peer group 2023 EV/sales average of ~5.6x, which we think is warranted given INSP's faster rev growth and above-avg. GM profile. We'd note that peers at the upper-end of INSP's comp set range trade as high as 8-11x, and we think INSP deserves a 1-yr forward multiple more towards the upper-end of this peers range given above-avg. growth/GM and a large underpenetrated TAM. Our PT is supported by our DCF which yields a valuation of ~$250 (using a 11.3% WACC and 3% terminal growth rate).

Risks to our rating and price target include: 1) competitive neurostimulation OSA devices entering the US market sooner than expected and/or if they produce better data, 2) if other OSA treatment modalities (i.e. therapeutic solutions) come to market and have equal or better data, or if they are perceived as less invasive/preferable by patients and providers as compared to HNS; 3) if weight-loss drugs reduce the TAM of OSA therapies; 4) a reduction in device reimbursement (impacting procedure profitability), 5) if INSP can't deliver on rising expectations on an increasing bar for execution.

## Companies Mentioned in This Note
**Intuitive Surgical, Inc.** (ISRG, $278.69, Buy, Richard Newitter)

## Analyst Certification

I, Richard Newitter , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

# Truist Securities



**Rating and Price Target History for: Inspire Medical Systems, Inc. (INSP-US) as of 11-07-2023**

Created by: BlueMatrix

## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

**Truist Securities**

T = Transfer Coverage

Truist Securities ratings distribution (as of 11/08/2023):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 450 | 65.22% | Buy | 76 | 16.89% |
| Hold | 235 | 34.06% | Hold | 32 | 13.62% |
| Sell | 5 | 0.72% | Sell | 1 | 20.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2023. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070