# EXHIBIT 21

EXHIBIT 21

**Inspire Stock Price From January 1, 2023 Through December 31, 2023[1]**



*Red lines denote the beginning and end of Class Period.[2]

---

[1] Chart created on https://www.wsj.com/market-data/quotes/INSP/advanced-chart, on June 27, 2024.

[2] (Dkt. 28 ¶108.)

1

### Inspire Daily Stock Price From May 3, 2023 to Present[3]

| Date | Open | Close |
|---|---|---|
| 5/3/2023 | 270 | 275.22 |
| 5/4/2023 | 274.22 | 267.15 |
| 5/5/2023 | 268.64 | 277.19 |
| 5/8/2023 | 277.16 | 282.32 |
| 5/9/2023 | 281.73 | 288.25 |
| 5/10/2023 | 290.38 | 288.24 |
| 5/11/2023 | 287.25 | 291.33 |
| 5/12/2023 | 291.72 | 293.89 |
| 5/15/2023 | 293.91 | 296.05 |
| 5/16/2023 | 293.57 | 298.55 |
| 5/17/2023 | 297.38 | 298.01 |
| 5/18/2023 | 298.07 | 302.84 |
| 5/19/2023 | 304 | 308.23 |
| 5/22/2023 | 307.52 | 311.39 |
| 5/23/2023 | 309.27 | 299.13 |
| 5/24/2023 | 297.27 | 299.88 |
| 5/25/2023 | 301.08 | 296.53 |
| 5/26/2023 | 296.43 | 294.29 |
| 5/30/2023 | 295 | 293.41 |
| 5/31/2023 | 293.94 | 292.49 |
| 6/1/2023 | 293.34 | 302.23 |
| 6/2/2023 | 306.02 | 309.69 |
| 6/5/2023 | 305.69 | 308.59 |
| 6/6/2023 | 307.45 | 314.83 |
| 6/7/2023 | 314 | 302.66 |
| 6/8/2023 | 303.78 | 308.82 |
| 6/9/2023 | 311.12 | 307 |
| 6/12/2023 | 309.03 | 303.13 |
| 6/13/2023 | 303.16 | 306.19 |
| 6/14/2023 | 310.3 | 309.24 |
| 6/15/2023 | 307.65 | 305.24 |
| 6/16/2023 | 309.41 | 311.4 |
| 6/20/2023 | 307.64 | 313.14 |
| 6/21/2023 | 313.57 | 308.99 |

---

[3] Chart created on https://www.wsj.com/market-data/quotes/INSP/historical-prices, on June 26, 2024.

| | | |
|---|---|---|
| 6/22/2023 | 309.06 | 318.01 |
| 6/23/2023 | 315.11 | 315.08 |
| 6/26/2023 | 315.87 | 310.88 |
| 6/27/2023 | 311.76 | 309.21 |
| 6/28/2023 | 309.72 | 316.98 |
| 6/29/2023 | 316.05 | 319.2 |
| 6/30/2023 | 321 | 324.64 |
| 7/3/2023 | 322.09 | 319.53 |
| 7/5/2023 | 323.17 | 315.47 |
| 7/6/2023 | 313.29 | 306.42 |
| 7/7/2023 | 306.58 | 311.53 |
| 7/10/2023 | 310.42 | 310.78 |
| 7/11/2023 | 308.87 | 312.61 |
| 7/12/2023 | 314.9 | 317.89 |
| 7/13/2023 | 320.65 | 323.44 |
| 7/14/2023 | 326 | 326.08 |
| 7/17/2023 | 326.84 | 325.91 |
| 7/18/2023 | 324.18 | 322.11 |
| 7/19/2023 | 327.16 | 320.98 |
| 7/20/2023 | 318.5 | 318.13 |
| 7/21/2023 | 317.36 | 307.35 |
| 7/24/2023 | 304.99 | 289.05 |
| 7/25/2023 | 288.69 | 288.4 |
| 7/26/2023 | 287 | 286.86 |
| 7/27/2023 | 289.11 | 283.06 |
| 7/28/2023 | 286.17 | 288.7 |
| 7/31/2023 | 290.47 | 287.81 |
| 8/1/2023 | 285 | 290.93 |
| 8/2/2023 | 291.5 | 277.82 |
| 8/3/2023 | 275.32 | 284.23 |
| 8/4/2023 | 283.54 | 277.19 |
| 8/7/2023 | 277.52 | 265.5 |
| 8/8/2023 | 263 | 244.99 |
| 8/9/2023 | 245.96 | 240.5 |
| 8/10/2023 | 239.9 | 246.75 |
| 8/11/2023 | 245 | 242.85 |
| 8/14/2023 | 242.37 | 251.43 |
| 8/15/2023 | 252.97 | 246.46 |
| 8/16/2023 | 245.61 | 231.4 |

3

| 8/17/2023 | 230.94 | 210.92 |
|---|---|---|
| 8/18/2023 | 210.17 | 216.49 |
| 8/21/2023 | 216.75 | 218.21 |
| 8/22/2023 | 218.2 | 216 |
| 8/23/2023 | 216.15 | 211.28 |
| 8/24/2023 | 212 | 215.25 |
| 8/25/2023 | 215.74 | 215.53 |
| 8/28/2023 | 217.5 | 218.62 |
| 8/29/2023 | 218.28 | 227.53 |
| 8/30/2023 | 227.82 | 237.55 |
| 8/31/2023 | 235.74 | 226.88 |
| 9/1/2023 | 230.45 | 238.86 |
| 9/5/2023 | 237.48 | 234.3 |
| 9/6/2023 | 235.11 | 240.05 |
| 9/7/2023 | 237.02 | 232.98 |
| 9/8/2023 | 231.5 | 224.55 |
| 9/11/2023 | 228.05 | 223.54 |
| 9/12/2023 | 222.6 | 219.51 |
| 9/13/2023 | 218.88 | 218.22 |
| 9/14/2023 | 217.08 | 215.75 |
| 9/15/2023 | 215.94 | 210.91 |
| 9/18/2023 | 209.41 | 210.1 |
| 9/19/2023 | 208.62 | 203.58 |
| 9/20/2023 | 205.94 | 199.81 |
| 9/21/2023 | 198 | 191.21 |
| 9/22/2023 | 193.92 | 185 |
| 9/25/2023 | 184.58 | 185.07 |
| 9/26/2023 | 184.25 | 187.37 |
| 9/27/2023 | 188.78 | 192.75 |
| 9/28/2023 | 193.3 | 200.38 |
| 9/29/2023 | 202 | 198.44 |
| 10/2/2023 | 198.31 | 194.76 |
| 10/3/2023 | 193.74 | 182.44 |
| 10/4/2023 | 182.62 | 185.28 |
| 10/5/2023 | 185.85 | 177.13 |
| 10/6/2023 | 176.84 | 178.83 |
| 10/9/2023 | 176.94 | 176.48 |
| 10/10/2023 | 176.5 | 185.36 |
| 10/11/2023 | 184.66 | 164.79 |

| 10/12/2023 | 165.99 | 148 |
| 10/13/2023 | 147.25 | 150.47 |
| 10/16/2023 | 150.03 | 150.97 |
| 10/17/2023 | 149.32 | 155.35 |
| 10/18/2023 | 155.04 | 157.05 |
| 10/19/2023 | 157.99 | 157.05 |
| 10/20/2023 | 155.69 | 156.15 |
| 10/23/2023 | 154.12 | 149.7 |
| 10/24/2023 | 149.9 | 156.85 |
| 10/25/2023 | 153.13 | 151.6 |
| 10/26/2023 | 151.11 | 149.46 |
| 10/27/2023 | 153.95 | 150.82 |
| 10/30/2023 | 151.86 | 145.84 |
| 10/31/2023 | 148.71 | 147.16 |
| 11/1/2023 | 145.86 | 156.33 |
| 11/2/2023 | 157.82 | 160.31 |
| 11/3/2023 | 166.12 | 169.7 |
| 11/6/2023 | 169.5 | 164.33 |
| 11/7/2023 | 163.67 | 161.74 |
| 11/8/2023 | 138.87 | 129.95 |
| 11/9/2023 | 132 | 126.9 |
| 11/10/2023 | 126.88 | 125.7 |
| 11/13/2023 | 129.85 | 125.26 |
| 11/14/2023 | 128.88 | 133.09 |
| 11/15/2023 | 133.18 | 145.76 |
| 11/16/2023 | 144.39 | 143.34 |
| 11/17/2023 | 145.22 | 140.25 |
| 11/20/2023 | 140.31 | 143.08 |
| 11/21/2023 | 141.66 | 137.93 |
| 11/22/2023 | 140 | 144.1 |
| 11/24/2023 | 143.25 | 144.34 |
| 11/27/2023 | 143.21 | 144.42 |
| 11/28/2023 | 143.19 | 143.38 |
| 11/29/2023 | 144.41 | 144.26 |
| 11/30/2023 | 144.27 | 145.31 |
| 12/1/2023 | 145.15 | 151.72 |
| 12/4/2023 | 151.25 | 156.2 |
| 12/5/2023 | 154.37 | 148.5 |
| 12/6/2023 | 151.4 | 151.74 |

| | | |
|---|---|---|
| 12/7/2023 | 151.91 | 160.9 |
| 12/8/2023 | 159.62 | 165.09 |
| 12/11/2023 | 164.29 | 168.05 |
| 12/12/2023 | 168.21 | 178.08 |
| 12/13/2023 | 173.7 | 180.91 |
| 12/14/2023 | 185.81 | 189.89 |
| 12/15/2023 | 189.96 | 188 |
| 12/18/2023 | 187.48 | 188.09 |
| 12/19/2023 | 190.82 | 191.78 |
| 12/20/2023 | 191.21 | 184.55 |
| 12/21/2023 | 187.11 | 195.01 |
| 12/22/2023 | 198.42 | 195.42 |
| 12/26/2023 | 197.44 | 200.94 |
| 12/27/2023 | 201.45 | 203.48 |
| 12/28/2023 | 204.37 | 203.83 |
| 12/29/2023 | 202.54 | 203.43 |
| 1/2/2024 | 184.57 | 187.84 |
| 1/3/2024 | 181.66 | 165.3 |
| 1/4/2024 | 165 | 173.23 |
| 1/5/2024 | 170.63 | 175.65 |
| 1/8/2024 | 191.66 | 191.73 |
| 1/9/2024 | 188.5 | 189.88 |
| 1/10/2024 | 190.51 | 191.05 |
| 1/11/2024 | 190.31 | 188.75 |
| 1/12/2024 | 190.27 | 185.86 |
| 1/16/2024 | 185.12 | 186.1 |
| 1/17/2024 | 183.72 | 187.66 |
| 1/18/2024 | 190.44 | 193.31 |
| 1/19/2024 | 197.15 | 200.97 |
| 1/22/2024 | 202.49 | 208.65 |
| 1/23/2024 | 210.71 | 204.67 |
| 1/24/2024 | 208.39 | 208.96 |
| 1/25/2024 | 215.52 | 213.05 |
| 1/26/2024 | 214.28 | 212.81 |
| 1/29/2024 | 212.5 | 216.61 |
| 1/30/2024 | 214.76 | 212 |
| 1/31/2024 | 212.89 | 210.87 |
| 2/1/2024 | 212.23 | 216.22 |
| 2/2/2024 | 215.16 | 218.03 |

| | | |
|---|---|---|
| 2/5/2024 | 216.96 | 216.16 |
| 2/6/2024 | 219.69 | 226 |
| 2/7/2024 | 225 | 202.16 |
| 2/8/2024 | 203.81 | 202.01 |
| 2/9/2024 | 204.18 | 194.87 |
| 2/12/2024 | 194.28 | 196.38 |
| 2/13/2024 | 188.89 | 188.16 |
| 2/14/2024 | 191.41 | 191.9 |
| 2/15/2024 | 194.34 | 192.73 |
| 2/16/2024 | 190.99 | 192.8 |
| 2/20/2024 | 190.57 | 191.59 |
| 2/21/2024 | 188.69 | 184.65 |
| 2/22/2024 | 184.72 | 185.75 |
| 2/23/2024 | 184 | 184.94 |
| 2/26/2024 | 184.51 | 182.26 |
| 2/27/2024 | 182.69 | 184.94 |
| 2/28/2024 | 180.89 | 177.61 |
| 2/29/2024 | 179.11 | 179.04 |
| 3/1/2024 | 179.44 | 183.52 |
| 3/4/2024 | 184.58 | 183.49 |
| 3/5/2024 | 182.19 | 180.09 |
| 3/6/2024 | 182.92 | 191.89 |
| 3/7/2024 | 194.19 | 205.86 |
| 3/8/2024 | 207.21 | 198.54 |
| 3/11/2024 | 198.05 | 196.85 |
| 3/12/2024 | 197.25 | 193.67 |
| 3/13/2024 | 193.7 | 189.63 |
| 3/14/2024 | 189.69 | 192.02 |
| 3/15/2024 | 190.7 | 192.76 |
| 3/18/2024 | 193.53 | 199.23 |
| 3/19/2024 | 199.99 | 204.45 |
| 3/20/2024 | 203.7 | 197.56 |
| 3/21/2024 | 199.51 | 195.23 |
| 3/22/2024 | 194.7 | 197.39 |
| 3/25/2024 | 197.81 | 205.16 |
| 3/26/2024 | 207.01 | 208.27 |
| 3/27/2024 | 210 | 213.5 |
| 3/28/2024 | 214.1 | 214.79 |
| 4/1/2024 | 213.99 | 209.63 |

7

| | | |
|---|---|---|
| 4/2/2024 | 205.05 | 205.06 |
| 4/3/2024 | 205.7 | 210.19 |
| 4/4/2024 | 210.05 | 216.06 |
| 4/5/2024 | 216.5 | 222.9 |
| 4/8/2024 | 222.2 | 228.12 |
| 4/9/2024 | 229.1 | 238.27 |
| 4/10/2024 | 230.93 | 240.23 |
| 4/11/2024 | 238.46 | 232.28 |
| 4/12/2024 | 231.95 | 231.74 |
| 4/15/2024 | 233.15 | 223.14 |
| 4/16/2024 | 221 | 221.63 |
| 4/17/2024 | 227.99 | 243.51 |
| 4/18/2024 | 241.95 | 241.15 |
| 4/19/2024 | 242.23 | 229.22 |
| 4/22/2024 | 230 | 225.22 |
| 4/23/2024 | 227.63 | 233.93 |
| 4/24/2024 | 236.34 | 234.19 |
| 4/25/2024 | 231.41 | 231.01 |
| 4/26/2024 | 234.44 | 237.45 |
| 4/29/2024 | 237.54 | 243.61 |
| 4/30/2024 | 241.13 | 241.66 |
| 5/1/2024 | 240.76 | 244 |
| 5/2/2024 | 246.52 | 251.19 |
| 5/3/2024 | 253.5 | 249.72 |
| 5/6/2024 | 250.81 | 250.96 |
| 5/7/2024 | 251.84 | 245.63 |
| 5/8/2024 | 179.14 | 163.41 |
| 5/9/2024 | 164.62 | 174.37 |
| 5/10/2024 | 176.22 | 167.83 |
| 5/13/2024 | 168.35 | 159.6 |
| 5/14/2024 | 159.6 | 158.59 |
| 5/15/2024 | 160.65 | 159.75 |
| 5/16/2024 | 159.18 | 159.03 |
| 5/17/2024 | 159.48 | 155.22 |
| 5/20/2024 | 155.48 | 155.29 |
| 5/21/2024 | 155.13 | 152.37 |
| 5/22/2024 | 152.79 | 161.49 |
| 5/23/2024 | 161.59 | 154.82 |
| 5/24/2024 | 154.67 | 158.72 |

8

| 5/28/2024 | 159.14 | 157.95 |
|---|---|---|
| 5/29/2024 | 155.01 | 160.4 |
| 5/30/2024 | 156.6 | 154.37 |
| 5/31/2024 | 154.31 | 158.79 |
| 6/3/2024 | 158.29 | 148.51 |
| 6/4/2024 | 148.27 | 148.42 |
| 6/5/2024 | 151.18 | 151.54 |
| 6/6/2024 | 151.87 | 156.44 |
| 6/7/2024 | 156.94 | 157.79 |
| 6/10/2024 | 156.28 | 160.97 |
| 6/11/2024 | 160.12 | 165.41 |
| 6/12/2024 | 167.79 | 167.48 |
| 6/13/2024 | 169.03 | 167.28 |
| 6/14/2024 | 166.93 | 166.72 |
| 6/17/2024 | 165.43 | 163.67 |
| 6/18/2024 | 163.64 | 162.38 |
| 6/20/2024 | 161.9 | 167.71 |
| 6/21/2024 | 168.11 | 162.46 |
| 6/24/2024 | 142.14 | 135.3 |
| 6/25/2024 | 136 | 139.4 |