**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, individually and on behalf of those similarly situated, | File No. 0:23-cv-03884-NEB-DJF |
| Plaintiff, | **DEFENDANTS' MEET AND CONFER STATEMENT** |
| vs. | |
| INSPIRE MEDICAL SYSTEMS, INC.; TIMOTHY P. HERBERT; and RICHARD J. BUCHHOLZ, | |
| Defendants. | |

In accordance with Local Civil Rule 7.1(a), I, Jeffrey P. Justman, certify that, on June 24, 2024, the parties met and conferred in good faith over Microsoft Teams regarding Plaintiff's Amended Complaint and Defendants' Motion to Dismiss Plaintiff's Amended Complaint. The parties discussed Defendants' basis for dismissal and Plaintiff's position regarding the same. I asked Plaintiff's counsel to consider dismissing the Complaint because it did not allege false statements or scienter, as described in the attached memorandum of law. I also asked Plaintiff's counsel to provide a copy of the "AlphaSense Expert Insights" interview of FE 2 that was "published on the AlphaSense platform on December 7, 2023" (*see* Complaint at ¶ 41 footnote 2) but Plaintiff's counsel refused.

Because the parties were unable to resolve their differences, Defendants now file the accompanying motion to dismiss.

Dated: June 28, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

_/s/ Jeffrey P. Justman_
Matthew Kilby (#0335083)
Jeffrey P. Justman (#390413)
Kacie Phillips Tawfic (#0399980)
Anderson C. Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
kacie.tawfic@faegredrinker.com
anderson.tuggle@faegredrinker.com

Sandra D. Grannum (_pro hac vice_)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
sandra.grannum@faegredrinker.com

_Attorneys for Defendants_

2