**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| CITY OF HOLLYWOOD FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>INSPIRE MEDICAL SYSTEMS, INC., TIMOTHY P. HERBERT, and RICHARD J. BUCHHOLZ,<br><br>      Defendants. | Case No. 0:23-cv-03884-NEB-DJF<br><br>LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE |

I, Kate M. Baxter-Kauf, certify that Lead Plaintiff's Memorandum of Law in Support of its Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint ("Memorandum") complies with Local Rules 7.1(f) and 7.1(h), as well as this Court's order granting the parties permission to exceed the word-count limits set forth in those Rules (Dkt. 37).

I further certify that, in preparation of the Memorandum, Microsoft Office Word was used and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 15,653 words.

Dated:  September 6, 2024                    Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**

By: */s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (Bar No. 392037)
Gregg M. Fishbein (Bar No. 0202009)
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 596-4007
Fax: (612) 339-0981
kmbaxter-kauf@locklaw.com
gmfishbein@locklaw.com

*Local Counsel for Lead Plaintiff*

**SAXENA WHITE P.A.**
Lester R. Hooker (admitted *pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

-and-

1

**SAXENA WHITE P.A.**
Steven B. Singer (*pro hac vice* forthcoming)
Joshua H. Saltzman (admitted *pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

*Lead Counsel for Lead Plaintiff*

**KLAUSNER KAUFMAN JENSEN**
**& LEVINSON**
Robert D. Klausner (admitted *pro hac vice*)
7080 NW 4th Street
Plantation, FL 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiff*