# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CITY OF HOLLYWOOD
FIREFIGHTERS' PENSION FUND,
individually and on behalf of those
similarly situated,

          Plaintiff,

vs.

INSPIRE MEDICAL SYSTEMS, INC.;
TIMOTHY P. HERBERT; and
RICHARD J. BUCHHOLZ,

          Defendants.

File No. 0:23-cv-03884-NEB-DJF

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE**

I, Jeffrey P. Justman, certify that Defendants' Memoranda of Law in Support of their Motion To Dismiss Plaintiff's Amended Complaint comply with the requirements of Local Rule 7.1(f) and 7.1(h), as well as the modified 16,000 word limit set forth in the Court's May 28, 2024 minute order. *See* Dkt. 37. The Opening Brief contains 10,898 words, and the Reply Brief contains 5,095 words, cumulatively 15,993 words, excluding caption, table of contents, and signature page.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word

count, while excluding words in the table of contents, table of authorities, caption, and signature block.

Dated: October 11, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

 */s/Jeffrey P. Justman*
Matthew Kilby (#0335083)
Jeffrey P. Justman (#390413)
Kacie Phillips Tawfic (#0399980)
Anderson C. Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
kacie.tawfic@faegredrinker.com
anderson.tuggle@faegredrinker.com

Sandra D. Grannum (*pro hac vice*)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
sandra.grannum@faegredrinker.com

*Attorneys for Defendants*

2