# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| City of Hollywood Firefighters' Pension Fund,<br><br>Plaintiff,<br><br>v.<br><br>Inspire medical Systems, Inc., Timothy P. Herbert, Richard J. Buchholz,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 23-cv-3884 NEB/DJF |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss (ECF No. 38) is GRANTED; and

2. The Amended Complaint is DISMISSED WITH PREJUDICE.

Date: 3/25/2025                                                                                      KATE M. FOGARTY, CLERK